1  WILLIAM E. ADAMS #153330
   SARA N. PASQUINELLI #233512
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California 94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: wadams@fablaw.com
5         spasquinelli@fablaw.com

6  Attorneys for Defendant PETER TSAKANIKAS

7

8                UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

10 | SPYROS ECONOMIDES,              | Case No.: C07-06335 EDL
11 |        Plaintiff,               | PROOF OF SERVICE
12 |    vs.                          |
13 | PETER TSAKANIKAS, and DOES 1 through XXV, |
14 |        Defendant.               |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                    1.
     PROOF OF SERVICE, CASE NO. C07-06335 EDL
12/14/07 (25069) #288052.1

**PROOF OF SERVICE - F.R.C.P. §5**

I, the undersigned, declare: I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. I am employed by Fitzgerald Abbot & Beardsley LLP, located at 1221 Broadway, 21st Floor, Oakland, CA 94612.

On **December 14, 2007**, I served a true and correct copy of the following document(s):

**1. NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT (filed in Alameda County Superior Court, Case No. RG07 340996) with attached NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT;**

**2. CIVIL COVER SHEET;**

**3. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES with attached STANDING ORDER AND STANDING ORDER RE CASE MANAGEMENT CONFERENCE for Judge Elizabeth D. LaPorte;**

**4. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL and attached CONSENT and DECLINATION forms;**

**5. U.S. DISTRICT COURT GUIDELINES;**

**6. ECF REGISTRATION INFORMATION HANDOUT; and**

**7. PROOF OF SERVICE.**

on the following interested parties, by causing service by the method indicated below:

| | |
|---|---|
| **Nick T. Reckas**<br>**336 Bon Air Center, #296**<br>**Greenbrae, CA 94904**<br>**T: (415) 464-0913**<br>**F: (415) 464-9801**<br><br>*Attorney for Plaintiff Spyros Economides* | |
| X | U.S. Mail - By placing a copy of said document(s) in a sealed envelope addressed as stated above, with postage thereon fully prepaid, and depositing said envelope today with the U.S. Postal Service, following this firm's business practices. |
| | Overnight Delivery - By placing a copy of said document(s) in a sealed pre-paid overnight envelope or package and depositing said envelope or package today in a box or other facility regularly maintained by the express service carrier, following this firm's business practices. |

Proof of Service

12/14/07 (25069) #288051.1

| | |
|---|---|
| | Personal Service - By personally delivering said documents(s) in an envelope or package clearly labeled to identify the attorney/party located at the office(s) of the addressee(s) stated above. |
| | Facsimile - By placing a true copy thereof into a facsimile machine to the fax number stated above, as agreed upon, in writing, by the parties. |
| X | Email - By placing a true copy thereof into .pdf format and forwarding via email. |

I declare under the penalty of perjury under laws of the State of California that the foregoing is true and correct. Executed on December 14, 2007 at Oakland, California.

Marie V. Erickson
Print Name of Person Who Served Papers

*[signature]*
Signature of Person Who Served Papers

Proof of Service

12/14/07 (25069) #288051.1