# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Spyros Economides, | 07-06335 EDL MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Tsakanikas, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Michael Sobel**
> Squire, Sanders & Dempsey L.L.P.
> 600 Hansen Way
> Palo Alto, CA 94065
> (650) 843-3376

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06335 EDL MED                - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: March 18, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-06335 EDL MED                    - 2 -