1  WILLIAM E. ADAMS #153330
   SHARRON W. GELOBTER #226936
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California 94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: wadams@fablaw.com
5         sgelobter@fablaw.com

6  Attorneys for Defendant PETER TSAKANIKAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| SPYROS ECONOMIDES, | Case No.: C07-06335 EDL |
|---|---|
| Plaintiff, | PROOF OF SERVICE |
| vs. | |
| PETER TSAKANIKAS, and DOES 1 through XXV, | |
| Defendant. | |

1.
PROOF OF SERVICE, CASE NO. C07-06335 EDL

3/24/08 (25069) #288052.1

# PROOF OF SERVICE - F.R.C.P. §5

I, the undersigned, declare: I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. I am employed by Fitzgerald Abbot & Beardsley LLP, located at 1221 Broadway, 21st Floor, Oakland, CA 94612.

On **March 24, 2008,** I served a true and correct copy of the following document(s):

**DEFENDANT'S CASE MANAGEMENT STATEMENT and PROOF OF SERVICE**

on the following interested parties, by causing service by the method indicated below:

| | |
|---|---|
| **Nick T. Reckas** <br> **336 Bon Air Center, #296** <br> **Greenbrae, CA 94904** <br> T: (415) 464-0913 <br> F: (415) 464-9801 <br><br> *Attorney for Plaintiff Spyros Economides* | |

| | |
|---|---|
| | U.S. Mail - By placing a copy of said document(s) in a sealed envelope addressed as stated above, with postage thereon fully prepaid, and depositing said envelope today with the U.S. Postal Service, following this firm's business practices. |
| | Overnight Delivery - By placing a copy of said document(s) in a sealed pre-paid overnight envelope or package and depositing said envelope or package today in a box or other facility regularly maintained by the express service carrier, following this firm's business practices. |
| | Personal Service - By personally delivering said documents(s) in an envelope or package clearly labeled to identify the attorney/party located at the office(s) of the addressee(s) stated above. |
| X | Facsimile - By placing a true copy thereof into a facsimile machine to the fax number stated above, as agreed upon, in writing, by the parties. |
| | Email - By placing a true copy thereof into .pdf format and forwarding via email. |

I declare under the penalty of perjury under laws of the State of California that the foregoing is true and correct. Executed on March 24, 2008 at Oakland, California.

Marie V. Erickson  
Print Name of Person Who Served Papers

Signature of Person Who Served Papers

Proof of Service

3/24/08 (25069) #288051.1



**FITZGERALD ABBOTT & BEARDSLEY LLP**
ATTORNEYS AT LAW

1221 Broadway, 21st Floor Oakland, CA 94612
reply to: P.O. Box 12867 Oakland, CA 94604-2867

tel 510.451.3300
fax 510.451.1527
www.fablaw.com

# FACSIMILE TRANSMISSION

**TO:** Nick T. Reckas

**FROM:** Marie V. Erickson

**FAX:** (415) 464-9801

**DATE:** March 24, 2008

**PHONE NO.:**

**CLIENT/MATTER NO.:** 9774-25069

**RE:** Case Management Statement

If copy is illegible or incomplete,
please call (510) 451-3300.

**PAGES:** 8 (including cover)

**MESSAGES:** Please see attached Case Management Statement of Peter Tsakanikas.

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO BE PROTECTED BY THE ATTORNEY-CLIENT OR OTHER ATTORNEY PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IF YOU ARE NOT THE ADDRESSEE OR THE PERSON RESPONSIBLE FOR DELIVERING FACSIMILES TO THE ADDRESSEE, THEN YOU HAVE RECEIVED THIS FACSIMILE IN ERROR. IN SUCH CASE, YOU ARE NOT AUTHORIZED TO USE, DISSEMINATE, DISTRIBUTE OR COPY SUCH FACSIMILE BUT ARE REQUESTED TO TELEPHONE THE SENDER AND MAIL THE FACSIMILE TO THE SENDER AT THE ABOVE ADDRESS.

3/24/08 (25069) #295807.1

# Message Confirmation Report

MAR-24-2008 04:40 PM MON

```
Xerox WorkCentre 4118 Series
Machine ID          :   FAX
Serial Number       :   YHT188676.......
Fax Number          :   5104511542
```

| | | |
|---|---|---|
| Name/Number | : | 14154649801 |
| Page | : | 8 |
| Start Time | : | MAR-24-2008 04:38PM MON |
| Elapsed Time | : | 01'08" |
| Mode | : | STD ECM |
| Results | : | O.K |



**FITZGERALD ABBOTT & BEARDSLEY LLP**
ATTORNEYS AT LAW

1221 Broadway, 21st Floor Oakland, CA 94612
reply to: P.O. Box 12867 Oakland, CA 94604-2867

tel 510.451.3300
fax 510.451.1527
www.fablaw.com

## FACSIMILE TRANSMISSION

**TO:** Nick T. Reckas          **FROM:** Marie V. Erickson

**FAX:** (415) 464-9801         **DATE:** March 24, 2008

**PHONE NO.:**

**CLIENT/MATTER NO.:** 9774-25069

**RE:** Case Management Statement

If copy is illegible or incomplete,
please call (510) 451-3300.

**PAGES:** 8 (including cover)

**MESSAGES:** Please see attached Case Management Statement of Peter Tsakanikas.

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO BE PROTECTED BY THE ATTORNEY-CLIENT OR OTHER ATTORNEY PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IF YOU ARE NOT THE ADDRESSEE OR THE PERSON RESPONSIBLE FOR DELIVERING FACSIMILES TO THE ADDRESSEE, THEN YOU HAVE RECEIVED THIS FACSIMILE IN ERROR. IN SUCH CASE, YOU ARE NOT AUTHORIZED TO USE, DISSEMINATE, DISTRIBUTE OR COPY SUCH FACSIMILE BUT ARE REQUESTED TO TELEPHONE THE SENDER AND MAIL THE FACSIMILE TO THE SENDER AT THE ABOVE ADDRESS.

3/24/08 (25069) #295807.1