1  WILLIAM E. ADAMS #153330
   SHARRON W. GELOBTER #226936
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California 94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: wadams@fablaw.com
5          sgelobter@fablaw.com

6  Attorneys for Defendant PETER TSAKANIKAS

7

8                  UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

10 SPYROS ECONOMIDES,                   Case No.: C07-06335 EDL

11            Plaintiff,                **NOTICE OF SUBSTITUTION OF
                                        COUNSEL**
12      vs.

13 PETER TSAKANIKAS, and DOES 1 through
   XXV,
14
              Defendant.
15

16      PLEASE TAKE NOTICE that counsel for Defendant Peter Tsakanikas in this action,

17 Fitzgerald, Abbott & Beardsley LLP, 1221 Broadway, 21st Floor, Oakland, California 94612;

18 (510) 451-3300, substitute Sharron W. Gelobter in place and stead of Sara N. Pasquinelli.

19

20 DATED: April 10, 2008                Respectfully submitted,

21

22                                      By: _____
                                            Sharron W. Gelobter
23                                          Attorneys for Defendant Peter Tsakanikas

24

25

26

27

28

                                    1.
NOTICE OF SUBSTITUTION OF ATTORNEY, CASE NO. C07-06335 EDL
4/10/08 (25069) #297892.1