**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7

8  SPYROS ECONOMIDES,

9          Plaintiff,                                    No. C 07-06335 JSW

10    v.

11  PETER TSAKANIKAS,                          **ORDER TO SHOW CAUSE**

12          Defendant.

13

14        This matter came before the Court for a case management conference on Friday, April

15  25, 2008.  On January 28, 2008, this Court issued an Order setting the date for the case

16  management conference and required that the parties and/or their lead counsel appear.  That

17  Order also required submission of a case management statement seven days before the case

18  management conference.  Plaintiff's lead counsel failed to appear for that case management

19  conference and the parties failed to file a joint case management conference statement.

20        Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later

21  than May 2, 2008, as to why this case should not be dismissed for failure to prosecute.  Failure

22  to respond to this Order by **May 2, 2008** shall result in dismissal of this matter without

23  prejudice.

24        **IT IS SO ORDERED.**

25  Dated:  April 25, 2008

26                                                      JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE

27

28