# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**　　　　　　**COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: April 25, 2008　　　　　　　　　**Court Reporter**:  Sylvia Russo

**CASE NO. C-07-6335  JSW**

**TITLE:**  Spyros Exonomides v. Peter Tsakanikas

**COUNSEL FOR PLAINTIFF:**　　　　　　**COUNSEL FOR DEFENDANT:**

No appearance　　　　　　　　　　　　　Sharron Gelobter

**PROCEEDINGS: Initial Case Management Conference**

**RESULTS:**　An order to show cause shall issue to plaintiff's counsel for failure to prosecute.

　　　　　　**ADR:  Court mediation to be completed by 8-25-08.**

　　　　　　**Further CMC:  9-19-08 at 1:30 p.m.**
　　　　　　**Joint Supplemental CMC statement shall be due on or before 9-12-08.**

**cc:  ADR**