IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPYROS ECONOMIDES,<br><br>         Plaintiff,<br><br>  v.<br><br>PETER TSAKANIKAS,<br><br>         Defendant.<br>_____/ | No. C 07-06335 JSW<br><br>**ORDER OF DISMISSAL** |

This matter came before the Court for a case management conference on Friday, April 25, 2008. On January 28, 2008, this Court issued an Order setting the date for the case management conference and required that the parties and/or their lead counsel appear. That Order also required submission of a case management statement seven days before the case management conference. Plaintiff's lead counsel failed to appear for that case management conference and the parties failed to file a joint case management conference statement.

Accordingly, on April 25, 2008, Plaintiff was ordered to file her response to the Order to Show Cause by no later than May 2, 2008, and was advised that failure to respond to the Order would result in a dismissal of this action, without prejudice, for failure to prosecute. Plaintiff has failed to respond to the Order to Show Cause. Accordingly, this matter is HEREBY DISMISSED WITHOUT PREJUDICE for failure to prosecute. A separate judgment shall issue, and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: May 7, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE