United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SPYROS ECONOMIDES,

       Plaintiff,

  v.

PETER TSAKANIKAS,

       Defendant.

_____/

No. C 07-06335 JSW

**JUDGMENT**

     Pursuant to the Court's Order of this date dismissing this action without prejudice for failure to prosecute, judgment is hereby entered.

     **IT IS SO ORDERED AND ADJUDGED.**

Dated: May 7, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE