1  NICK T. RECKAS (SBN 67235)
   Law Office of Nick T. Reckas
2  336 Bon Air Center, #296
   Greenbrae, CA 94904
3  Telephone: (415) 464-0913
   Facsimile:  (415) 464-9801
4

5  Attorneys for Plaintiff
   SPYROS ECONOMIDES
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  SPYROS ECONOMIDES,                        Case No.: C 07-06335JSW

12              Plaintiff,
                                              **[Proposed] ORDER GRANTING
13       vs.                                  PLAINTIFF'S MOTION TO VACATE
                                              JUDGMENT OF DISMISSAL FOR WANT
14  PETER TSAKANIKAS,                         OF PROSECUTION**

15              Defendant.

16

17

18       The motion of plaintiff Spyros Economidies filed pursuant to Federal Rule of Civil

19  Procedure 60(b) to vacate the court's judgment of dismissal dated May 7, 2008 came on regularly

20  for hearing on July 11, 2008.  Nick T. Reckas appeared as counsel for plaintiff and William Adams

21  appeared as counsel for defendant Peter Tsakanikas.

22       The court, having read the papers of the parties and having heard the arguments of counsel

23  in support of and in opposition to the motion, hereby orders that the motion is GRANTED based

24  upon the court's finding that plaintiff counsel's failure to register with the court's electronic case

25  filing system after this case was removed by defendant from state court constituted excusable

    neglect.  This finding is made upon the following grounds:
26
         (a)    Granting this motion will not result in any prejudice to the defendant;
27
         (b)    Reinstatement of this action is timely and will have no negative impact on the
28              proceedings in this action;

                                           1
ORDER GRANTING MOTION TO VACATE JUDGMENT OF DISMISSAL FOR WANT OF PROSECUTION

    (c)    The dismissal of this action resulted from plaintiff's failure to register with the court's electronic case filing system which constituted honest error.

    (d)    Plaintiff acted in good faith and was in fact diligently pursuing prosecution of this action as evidenced by plaintiff's good faith compliance with Magistrate LaPorte's standing order prior to reassignment of this action including his on-going attempts to schedule mediation with the defendant as required by that order.

The clerk shall reinstate this action on the court's active calendar and schedule further proceedings as required by the Federal Rules of Civil Procedure, the Rules of the Northern District of California, and the rules of this court.

Dated: _____, 2008

By: _____
Jeffrey S. White
United States District Court Judge