**EXHIBIT A**

LAW OFFICES OF
# NICK T. RECKAS

<u>VIA FACSIMILE</u>

March 21, 2008

William E. Adams, Esq.
Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Flr.
Oakland, CA 94612

Re:    ***Spyros Economides v. Peter Tsakanikas, et al.***

Dear Mr. Adams:

You will recall during our telephone call on March 4, 2007 wherein we "met and conferred" regarding initial disclosures, settlement, ADR process selection and other topics relating to the above-referenced matter, I informed you that I was scheduled to start a jury trial in the San Francisco Superior Court and also had to prepare opposition to a massive motion for summary judgment before March 18, 2008 which was our deadline to file our Rule 26f Report and Joint Case Management Statement. At that time, you informed me that you would take the "first cut" at the contents of the Joint Case Management and e-mail it to me by Thursday or Friday of that week so that I could review it before we put it in final form and submitted it to the court.

When I did not receive the document, I called your office and left messages on your voicemail stating that I had not received the proposed joint statement and asked your office to please e-mail it again. To my knowledge, we did not receive your proposed draft until March 18, 2008 when it was too late to comply with the deadline imposed by the court.

Between March 8 and yesterday, I called your office in excess of half a dozen times to speak to you, Ms. Gelobter and/or your secretary and were  repeatedly informed by your receptionist either you're "unavailable", "out of the office" or "on a conference call" or some other excuse. Worse yet, until today (when I received a phone call from your secretary) no one returned <u>any</u> of my calls.

*336 BON AIR CENTER*
*SUITE 296*
*GREENBRAE, CA 94904*

TELEPHONE: (415) 464-0913
FACSIMILE: (415) 464-9801
email:NRECKASLAW@aol.com

William E. Adams, Esq.
March 21, 2008
Page 2

If you did not want to file a joint case management statement as required by the court's standing order, at least you should have had the courtesy to inform us so that we could have taken the necessary steps to file a separate statement before the filing deadline.  As it was, we relied on your representations and missed the deadline.

Hopefully, that will not happen again.

Sincerely,


Nick T. Reckas

NTR:sg

```
                    TRANSACTION REPORT
                                              MAR-24-2008 MON 05:57 PM

    FOR:  LAW OFFICES            14154649801

    SEND

   DATE   START    RECEIVER        TX TIME   PAGES TYPE      NOTE        M#  DP

  MAR-24 05:57 PM 19252847789        20"      2  FAX TX      OK          624

                                       TOTAL :         20S PAGES:  2
```

LAW OFFICES OF
## NICK T. RECKAS

<u>VIA FACSIMILE</u>

March 21, 2008

William E. Adams, Esq.
Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Flr.
Oakland, CA 94612

Re:  **Spyros Economides v. Peter Tsakanikas, et al.**

Dear Mr. Adams:

You will recall during our telephone call on March 4, 2007 wherein we "met and conferred" regarding initial disclosures, settlement, ADR process selection and other topics relating to the above-referenced matter, I informed you that I was scheduled to start a jury trial in the San Francisco Superior Court and also had to prepare opposition to a massive motion for summary judgment before March 18, 2008 which was our deadline to file our Rule 26f Report and Joint Case Management Statement.  At that time, you informed me that you would take the "first cut" at the contents of the Joint Case Management and e-mail it to me by Thursday or Friday of that week so that I could review it before we put it in final form and submitted it to the court.

When I did not receive the document, I called your office and left messages on your voicemail stating that I had not received the proposed joint statement and asked your office to please e-mail it again.  To my knowledge, we did not receive your proposed draft until March 18, 2008 when it was too late to comply with the deadline imposed by the court.

Between March 8 and yesterday, I called your office in excess of half a dozen times to speak to you, Ms. Gelobter and/or your secretary and were  repeatedly informed by your receptionist either you're "unavailable", "out of the office" or "on a conference call" or some other excuse. Worse yet, until today (when I received a phone call from your secretary) no one returned <u>any</u> of my calls.

336 BON AIR CENTER
SUITE 296
GREENBRAE, CA 94904

TELEPHONE: (415) 464-0913
FACSIMILE: (415) 464-9801
email:NRECKASLAW@aol.com

**EXHIBIT B**

# WILLIAM E. KING
## LAW OFFICES OF WILLIAM E. KING

3138 LAGUNA STREET                              SAN FRANCISCO, CA 94123
TELEPHONE: (707) 331-2834                       E-MAIL: billkinglaw@sbcglobal.net

March 25, 2008

Nick T. Reckas
Law Office of Nick T. Reckas
335 Bon Air Center, #296
Greenbrae, CA 94904

**VIA FACSIMILE ONLY: 415-464-9801**

RE:    Spyros Economides v. Peter Tsakanikas
       Case Management Conference on March 25, 2008 before Magistrate Judge
       Elizabeth D. Laporte

Dear Nick Reckas:

Using the district's court web page, I determined that Magistrate Judge's Elizabeth D.
Laporte's courtroom is in San Francisco. I went to the court this morning, and the clerk
informed me that opposing counsel electronically filed an objection to the case being
assigned to Magistrate Judge Elizabeth D. Laporte. As a result, the case management
conference will be re-scheduled pending assignment to a Judge. Further, the clerk
stated that she left a message with your office yesterday regarding the above.
Moreover, the clerk suggested that you monitor filings and postings via the court's
electronic system. Given your trial, this fax should serve as a helpful paper trail.

Yours truly,

William E. King

**EXHIBIT C**

**From:** Sobel, Michael E.
**Sent:** Friday, April 11, 2008 4:00 PM
**To:** Sharron W. Gelobter; Nreckaslaw@aol.com; William E. Adams
**Subject:** RE: Spyros Economides v. Peter Tsakanikas, Case No. C 07-6335 EDL MED: Memorialization of telephone conference

Many thanks for the update. And do have a good weekend. Mike

---

**From:** Sharron W. Gelobter [mailto:SGelobter@fablaw.com]
**Sent:** Friday, April 11, 2008 3:48 PM
**To:** Sobel, Michael E.; Nreckaslaw@aol.com; William E. Adams
**Subject:** RE: Spyros Economides v. Peter Tsakanikas, Case No. C 07-6335 EDL MED: Memorialization of telephone conference

Mr. Sobel:

Our client is in Greece and is dealing with some medical and family issues. I have apprised him of the need to decide on a date relatively soon. To that end he is making arrangements and will inform us some time next week of a date in June when he is available. I will update you and Mr. Reckas as soon as we have a settled date from him. Sincerely,

Sharron Williams Gelobter
Fitzgerald Abbott & Beardsley LLP
sgelobter@fablaw.com

-----Original Message-----
**From:** Sobel, Michael E. [mailto:MSobel@SSD.com]
**Sent:** Friday, April 11, 2008 1:58 PM
**To:** Nreckaslaw@aol.com; William E. Adams; Sara N. Pasquinelli; Sharron W. Gelobter
**Subject:** RE: Spyros Economides v. Peter Tsakanikas, Case No. C 07-6335 EDL MED: Memorialization of telephone conference
Counsel--

Do we have an update as to possible dates for the mediation?

Thank you for your assistance with this.

Mike

---

**From:** Sobel, Michael E.
**Sent:** Monday, April 07, 2008 2:46 PM
**To:** 'Nreckaslaw@aol.com'; 'wadams@fablaw.com'; 'spasquinelli@fablaw.com'; 'sgelobter@fablaw.com'
**Cc:** Alice_Fiel@cand.uscourts.gov

**Subject:** Spyros Economides v. Peter Tsakanikas, Case No. C 07-6335 EDL MED: Memorialization of telephone conference

Dear Counsel:

Confirming our telephone conference in this matter earlier today, Ms. Gelobter is in the process of attempting to secure mediation session dates from her client, for June. Once she has potential dates, she will extend them to both Mr. Reckas and me, at which point the mediation date will be set. As I mentioned when we spoke, under the Court's March 18, 2008 Order in this matter and ADR L.R. 6-4(b), the Court expects the mediation to take place by June 16, 2008. Once the date has been set, I will send out a confirming email, including with respect to the deadlines noted below.

In advance of the mediation, the parties have agreed to finish sharing with each other the financial documentation concerning the status of the funds and other consideration sent earlier by Mr. Economides to Mr. Tsakanikas. The parties have agreed to provide the remaining financial information in this regard to each other **by May 15, 2008**. Also, the named defendant has agreed to clarify, prior to the mediation session, his position on the parties' earlier "Repayment Agreement."

As we agreed, the mediation session will take place at my offices at 600 Hansen Way in Palo Alto, beginning at 9:00 a.m.; I provide directions below. As we discussed, I am keeping the whole day available, to allow the mediation to continue as long as we are making progress. To guard the parties' time, as the parties agreed today, I will have lunch ordered in, which the parties jointly will cover. Absent hearing from you otherwise, I will order in light fare such as chicken Caesar salad or the like; should you or your clients have any special dietary needs or preferences, please just let me know, so that they may be accommodated.

Once the mediation session date has been set, please remember to confirm your clients' attendance. I understand that each of the individually named parties will be in attendance, each of whom is conversant with the facts here, being the persons most knowledgeable about them, and with full authority to settle the lawsuit. (Should matters be otherwise, please let me know immediately.) Trial counsel for each party also will attend: Mr. Reckas; and Mr. Adams and Ms. Gelobter.

As we discussed today, the written mediation statements described in ADR L.R. 6-7 should be emailed, faxed or mailed to me for receipt, and to each other, **before the close of business two weeks before the mediation session date**. These statements are *not* to be filed with the Court. Please include and attach any key documents you feel I should read, as well as any citations to key legal authorities (if you would attach copies of any authorities you feel are especially pertinent and that especially should be read, that would be helpful). Of course, a detailed discussion of the key claims and defenses on which you rely, as well as the damages issues and calculations, cannot but help to advance matters; as we discussed, a breakdown of the potential damages and amounts, noting the parties' agreements and disagreements, would be most helpful to both me and the parties as a whole. Additionally, pursuant to ADR L.R. 6-8, if you think that it would be helpful to the mediation process, I invite you to submit to me alone--and not exchange--confidential statements relating, for example, to obstacles to or options for settlement, as well as statements from the parties themselves, as may be desired, I

would ask that any such initial separate statements be provided within the above timeframe, and any responsive separate statements **by 2 business days before the mediation session**.

As I know you plan on doing, and as we discussed, please prepare for the mediation by readying yourselves on the facts and law in the matter, as may be needed to advance matters, and by discussing each of the following items with your clients:

☐ the client's interests, not just positions, and how these interests could be met;
☐ *the other party's interests*, and how these could be met;
☐ the best and worst alternatives to a negotiated settlement;
☐ the strengths and weaknesses of the case, both legal and factual;
☐ means by which the issues could be narrowed;
☐ the estimated budget to litigate the case through trial, including with respect to attorneys' fees recovery issues; and

☐ a mediation/negotiation plan for the mediation session, outlining how you might wish to proceed at the session itself to best serve your needs and goals--similar to a trial plan.

I also recommend that you help your clients in understanding the mediation process through suggesting that they re-read the Court's ADR booklet sent to you previously, focusing on the mediation section. (Additional copies also are available at the Court's website, at http://www.adr.cand.uscourts.gov/adr/adrdocs.nsf/0456e64e13c35663882564e600676f23/e4a1d742f8be60bd882572d400699cc7?OpenDocument.)

As we discussed, pursuant to ADR L.R. 6-3(b), I will donate my preparation time and the first four hours of the mediation. If the case has not resolved and you all agree to continue, I may charge the court-set rate of $200 per hour for the next four hours. After eight hours of session time, I may charge my hourly rate of $560 or such other rate as all parties agree. The parties will incur and pay these amounts equally.

Finally, as we had discussed, I attach a copy of the Court's standard Confidentiality Agreement, which is expected to be signed by all participants at the outset of the mediation session. Please review this agreement with your clients and contact me before the mediation session if you have questions or concerns about it.

<< File: Confidentiality Agreement.PDF >>
Once again, I look forward to working with you and your clients. Please just let me know if you have any question or otherwise would like to discuss any matter. Likewise, should I have any question about either of the mediation statements or otherwise in preparation for the mediation, I may contact either of you as well, to advance the process.

Sincerely yours,

Michael E. Sobel, Esq.

cc: Clerk's Office-ADR Unit

<u>Directions</u>

From San Jose, via Highway 101:

Take Highway 101 north to the Embarcadero/Oregon Expressway exit. Go west on Oregon Expressway, over Highway 101. Proceed about 2 miles on Oregon Expressway to El Camino Real, a large 4-way intersection. Stay in one of the left hand turn lanes to turn onto El Camino Real. Turn left onto El Camino Real. The first traffic light is Hansen Way. Turn right. 600 Hansen Way is the second driveway on the right. The Squire, Sanders & Dempsey L.L.P. reception area is on the first floor of the building.

From Interstate 280 North/South:

Take Interstate 280 to the Page Mill Road exit. Go east on Page Mill Road about 3 miles. At El Camino Real, a large 4-way intersection, turn right. The first traffic light is Hansen Way. Turn right. 600 Hansen Way is the second driveway on the right. The Squire, Sanders & Dempsey L.L.P. reception area is on the first floor of the building.

From San Francisco, via Highway 101:

Take Highway 101 south to the Embarcadero/Oregon Expressway exit. Follow the signs for Oregon Expressway. Go west on Oregon Expressway. Proceed about 2 miles to El Camino Real, a large 4-way intersection. Stay in one of the left hand turn lanes to turn onto El Camino Real. Turn left onto El Camino Real. The first traffic light is Hansen Way. Turn right. 600 Hansen Way is the second driveway on the right. The Squire, Sanders & Dempsey L.L.P. reception area is on the first floor of the building.

Via mass transit:

One also may take CalTrain to the California Ave. stop in Palo Alto, walk down (west) California Ave. to El Camino Real (2-3 blocks), and then walk south to Hansen Way (approximately 4 longer blocks), the first traffic light after the El Camino Real/Page Mill Road large 4-way intersection. Turn right. 600 Hansen Way is the second driveway on the right. The Squire, Sanders & Dempsey L.L.P. reception area is on the first floor of the building. (Approximate walking distance: 15 minutes; public buses also travel down El Camino Real.)

_____

Michael E. Sobel, Esq.
Partner
Squire, Sanders & Dempsey L.L.P.
Palo Alto Office
600 Hansen Way
Palo Alto, California 94304-1043
Tel: +1.650.856.6500
Fax: +1.650.843.8777
E-mail: msobel@ssd.com
www.ssd.com

**EXHIBIT D**



FITZGERALD ABBOTT & BEARDSLEY LLP
ATTORNEYS AT LAW

Important: This electronic mail message, including any attached files, is being sent by or on behalf of a lawyer; it is confidential and it may contain or constitute information protected by the attorney-client and/or the attorney work-product privileges. If the person actually receiving this message, or any other reader of this message, is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are not authorized to retain, read, copy or disseminate this communication or any part of it. If you have received this communication in error, please immediately notify Fitzgerald Abbott & Beardsley LLP at (510) 451-3300. Thank you.

-----Original Message-----
**From:** Sobel, Michael E. [mailto:MSobel@SSD.com]
**Sent:** Thursday, April 24, 2008 3:47 PM
**To:** Sharron W. Gelobter; Nreckaslaw@aol.com; William E. Adams
**Subject:** RE: Spyros Economides v. Peter Tsakanikas, Case No. C 07-6335 EDL MED: Memorialization of telephone conference

Counsel--

Please advise as to this?  Given the issues raised at our telephone conference earlier this month, I think that the date for the mediation needs to be set at this point.

Thank you for your assistance with this--

Mike

---

**From:** Sobel, Michael E.
**Sent:** Monday, April 21, 2008 4:24 PM
**To:** 'Sharron W. Gelobter'; 'Nreckaslaw@aol.com'; 'William E. Adams'
**Subject:** RE: Spyros Economides v. Peter Tsakanikas, Case No. C 07-6335 EDL MED: Memorialization of telephone conference

Counsel--

I was writing to follow up on this.  Do we now have dates to choose from?

Mike

---

**From:** Sobel, Michael E.
**Sent:** Friday, April 11, 2008 4:00 PM
**To:** Sharron W. Gelobter; Nreckaslaw@aol.com; William E. Adams
**Subject:** RE: Spyros Economides v. Peter Tsakanikas, Case No. C 07-6335 EDL MED: Memorialization of telephone conference

Many thanks for the update.

And do have a good weekend.

Mike

---

**From:** Sharron W. Gelobter [mailto:SGelobter@fablaw.com]
**Sent:** Friday, April 11, 2008 3:48 PM
**To:** Sobel, Michael E.; Nreckaslaw@aol.com; William E. Adams
**Subject:** RE: Spyros Economides v. Peter Tsakanikas, Case No. C 07-6335 EDL MED: Memorialization of telephone conference

Mr. Sobel:

Our client is in Greece and is dealing with some medical and family issues.  I have apprised him of the need to decide on a date relatively soon.  To that end he is making arrangements and will inform us some time next week of a date in June when he is available.  I will update you and Mr. Reckas as soon as we have a settled date from him.

Sincerely,
Sharron Williams Gelobter
Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Floor
Oakland, CA 94612
tel 510.451.3300
fax 510.451.1527
sgelobter@fablaw.com
www.fablaw.com
v-card



FITZGERALD ABBOTT & BEARDSLEY LLP
ATTORNEYS AT LAW

**EXHIBIT E**

**From:** Sharron W. Gelobter <SGelobter@fablaw.com>
**To:** Sobel, Michael E. <MSobel@SSD.com>; Nreckaslaw@aol.com; William E. Adams <wadams@fablaw.com>
**Subject:** RE: Spyros Economides v. Peter Tsakanikas, Status of Case
**Date:** Wed, 7 May 2008 4:04 pm
**Attachments:** vcard.gif (370), fab.gif (2K), Economides_v._Tsakanikas--Order_of_Dismissal.pdf (21K)

Dear Mr. Sobel:

I am writing to update you on the status of the above referenced case. A case management conference was held on April 25, 2008 for which both plaintiff and defendant's presence were mandatory. We attended the case management conference on behalf of Mr. Tsakanikas, however plaintiff's counsel was not present. The court therefore issued an order to show cause why the case should not be dismissed. Plaintiff's counsel did not respond to the order. The case has therefore been dismissed and we received confirmation of dismissal today. Please see the attached order.

Thank you for your assistance in this matter and please contact me if you have questions.

Sincerely,
Sharron Williams Gelobter
Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Floor
Oakland, CA 94612
tel 510.451.3300
fax 510.451.1527
sgelobter@fablaw.com
www.fablaw.com
 v-card

**FAB** FITZGERALD ABBOTT & BEARDSLEY LLP
ATTORNEYS AT LAW

Important: This electronic mail message, including any attached files, is being sent by or on behalf of a lawyer; it is confidential and it may contain or constitute information protected by the attorney-client and/or the attorney work-product privileges. If the person actually receiving this message, or any other reader of this message, is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are not authorized to retain, read, copy or disseminate this communication or any part of it. If you have received this communication in error, please immediately notify Fitzgerald Abbott & Beardsley LLP at (510) 451-3300. Thank you.

-----Original Message-----
**From:** Sobel, Michael E. [mailto:MSobel@SSD.com]
**Sent:** Friday, April 25, 2008 8:29 AM
**To:** Sharron W. Gelobter; Nreckaslaw@aol.com; William E. Adams
**Subject:** RE: Spyros Economides v. Peter Tsakanikas, Case No. C 07-6335 EDL MED: Memorialization of telephone conference

Thank-you, Sharon.

The only reason I was following up is that it has been 2-1/2 weeks or so since our telephone conference, and from the conference, I knew that your client would be going into the hospital in the near future, and so I thought it would be best, to meet the court's schedule and mid-June deadline, for the session to be set before the hospital visit commenced. Also, given the plaintiff's own travel needs, it seems that setting matters sooner rather than later would be beneficial.

Thank you, as always, for your assistance with this.

Mike

**From:** Sharron W. Gelobter [mailto:SGelobter@fablaw.com]
**Sent:** Thursday, April 24, 2008 4:38 PM
**To:** Sobel, Michael E.; Nreckaslaw@aol.com; William E. Adams
**Subject:** RE: Spyros Economides v. Peter Tsakanikas, Case No. C 07-6335 EDL MED: Memorialization of telephone conference

Dear Mr. Sobel:

As stated in our last communication, our client is in Greece dealing with personal medical issues. We are still making an effort to settle a date that will be satisfactory for all parties. Please bear with us and we will inform you at the earliest possible time when we have managed to secure that date.

Sincerely,
Sharron Williams Gelobter
Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Floor
Oakland, CA 94612
tel 510.451.3300
fax 510.451.1527
sgelobter@fablaw.com
www.fablaw.com
v-card

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SPYROS ECONOMIDES,

        Plaintiff,

    v.

PETER TSAKANIKAS,

        Defendant.

No. C 07-06335 JSW

**ORDER OF DISMISSAL**

    This matter came before the Court for a case management conference on Friday, April 25, 2008. On January 28, 2008, this Court issued an Order setting the date for the case management conference and required that the parties and/or their lead counsel appear. That Order also required submission of a case management statement seven days before the case management conference. Plaintiff's lead counsel failed to appear for that case management conference and the parties failed to file a joint case management conference statement.

    Accordingly, on April 25, 2008, Plaintiff was ordered to file her response to the Order to Show Cause by no later than May 2, 2008, and was advised that failure to respond to the Order would result in a dismissal of this action, without prejudice, for failure to prosecute. Plaintiff has failed to respond to the Order to Show Cause. Accordingly, this matter is HEREBY DISMISSED WITHOUT PREJUDICE for failure to prosecute. A separate judgment shall issue, and the Clerk is directed to close the file.

    **IT IS SO ORDERED.**

Dated: May 7, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**EXHIBIT F**

MAY-28-2008 WED 01:25 PM LAW OFFICES                FAX NO. 14154649801              P. 03

Page 1 of 1

**From:** Sharron W. Gelobter <SGelobter@fablaw.com>
**To:** Nreckaslaw@aol.com
**Subject:** Economides v. Tsakanikas
**Date:** Thu, 8 May 2008 9:24 am
**Attachments:** vcard.gif (370), fab.gif (2K)

Good Morning Mr. Reckas:

I've had an opportunity to discuss the recent developments in the case with Bill Adams who is the partner on the case, and while we are sympathetic to your position, we are afraid that we are not amenable to a stipulation to set aside the order. If you have any further questions please contact Bill Adams directly.

Sincerely,
Sharron Williams Gelobter
Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Floor
Oakland, CA 94612
tel  510.451.3300
fax 510.451.1527
sgelobter@fablaw.com
www.fablaw.com
 v-card

 FITZGERALD ABBOTT & BEARDSLEY LLP
ATTORNEYS AT LAW

Important: This electronic mail message, including any attached files, is being sent by or on behalf of a lawyer; it is confidential and it may contain or constitute information protected by the attorney-client and/or the attorney work-product privileges. If the person actually receiving this message, or any other reader of this message, is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are not authorized to retain, read, copy or disseminate this communication or any part of it. If you have received this communication in error, please immediately notify Fitzgerald Abbott & Beardsley LLP at (510) 451-3300. Thank you.

| 2 Attached Images |
| --- |

**EXHIBIT G**

LAW OFFICES OF
# NICK T. RECKAS

<u>VIA E-MAIL AND MAIL</u>

May 14, 2008

William E. Adams, Esq.
Sharron Williams Gelobter, Esq.
Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Floor
Oakland, CA 94612
sgelobter@fablaw.com

Re:    *Spyros Economides v. Peter Tsakanikas, et al.*

Dear Counsel:

Although the court on May 7, 2008, dismissed the case for our failure to appear at the case management conference on April 25, 2008, and our failure to file a response to the court's order to show cause issued on said date, it is our intention to file a motion by the end of this week under Rule 60(b)(1) to reinstate the case.  Please see *Pincay v. Andrews* 389 F3d 853, (9th Cir. 2004); *Briones v. Riviera Hotel & Casino* 116 F.3d 379, 382 (9th Cir. 1997); and *Bateman v. United States Postal Serv.* 231 F.3d 1220, 1224 (9th Cir. 2000).

Meanwhile, to avoid any claim of prejudice by the defendant, concurrently herewith we are serving you with plaintiff's Further and Supplemental Initial Disclosures as we agreed to do in our telephone conference on April 7, 2008 with Mr. Sobel.   Furthermore, based on the circumstances surrounding the dismissal of the case and the authorities cited above, we believe that there is a great likelihood that the court will reinstate the case.

Under these circumstances, we would like to invite you and your client to mediate the case as we discussed in our telephone conversation with Mr. Sobel.

Mr. Economides and I are available almost every day this month and in June to mediate this case.  Please advise Mr. Sobel at your earliest convenience whether you and your client are willing to go forward with the mediation as planned before the case was dismissed and if so, what date or dates are convenient to you.

336 BON AIR CENTER
SUITE 296
GREENBRAE, CA 94904

TELEPHONE: (415) 464-0913
FACSIMILE: (415) 464-9801
email:NRECKASLAW@aol.com

William E. Adams, Esq.
Sharron Williams Gelobter, Esq.
May 14, 2008
Page 2

Thank you for your continuing courtesy relating to this matter.

Sincerely,

Nick T. Reckas

NTR:sg
Encs.

cc:    Michael E. Sobel, Esq.
       MSobel@SSD.com

MAY-28-2008 WED 01:24 PM LAW OFFICES                    FAX NO. 14154649801                    P. 02

Page 1 of 1

Economides

From: William E. Adams <wadams@fablaw.com>
To: nreckaslaw@aol.com
Cc: Sharron W. Gelobter <SGelobter@fablaw.com>
Subject: Economides
Date: Wed, 14 May 2008 4:48 pm
Attachments: vcard.gif (370), fab.gif (2K)

Mr. Reckas:

Thank you for your letter today, which we received via email.  Please be advised that the matter against Mr. Tsakanikas has been dismissed and judgment has been entered in our client's favor.  Our services for Mr. Tsakanikas are concluded.  If you wish to make arrangements with Mr. Tsakanikas directly to mediate, then please contact him directly.

William E. Adams
Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Floor
Oakland, CA 94612
tel 510.451.3300
fax 510.451.1527
wadams@fablaw.com
www.fablaw.com
 v-card

 FITZGERALD ABBOTT & BEARDSLEY LLP
ATTORNEYS AT LAW

Important: This electronic mail message, including any attached files, is being sent by or on behalf of a lawyer; it is confidential and it may contain or constitute information protected by the attorney-client and/or the attorney work-product privileges. If the person actually receiving this message, or any other reader of this message, is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are not authorized to retain, read, copy or disseminate this communication or any part of it. If you have received this communication in error, please immediately notify Fitzgerald Abbott & Beardsley LLP at (510) 451-3300. Thank you.

2 Attached Images



