1  NICK T. RECKAS (SBN 67235)
   Law Office of Nick T. Reckas
2  336 Bon Air Center, #296
   Greenbrae, CA 94904
3  Telephone: (415) 464-0913
4  Facsimile:  (415) 464-9801
   E-mail: nreckaslaw@aol.com
5  Attorney for Plaintiff
   SPYROS ECONOMIDES
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | SPYROS ECONOMIDES,              | Case No.: C 07-06335JSW
12 |                                  |
   |        Plaintiff,                | **RENOTICE OF MOTION TO VACATE**
13 |                                  | **JUDGMENT OF DISMISSAL FOR WANT**
   |        vs.                       | **OF PROSECUTION**
14 |                                  |
   | PETER TSAKANIKAS,                | Date:    August 15, 2008
15 |                                  | Time:    9:00 a.m.
   |        Defendant.                | Judge:   Hon. Jeffrey S. White
16 |                                  | Courtrm.: 2

17

18     TO DEFENDANT PETER TSAKANIKAS AND HIS ATTORNEYS OF RECORD:

19     PLEASE TAKE NOTICE that the motion of plaintiff SPYROS ECONOMIDES to vacate

20 judgment of dismissal for want of prosecution which was originally scheduled to be heard by the

21 court on July 11, 2008 at 9:00 a.m., will now be heard on August 15, 2008, at 9:00 a.m. in

22 Department 2 of the above-entitled court located at 450 Golden Gate Avenue, San Francisco,

23 California.

24

25 //

26 //

27 //

28

RE-NOTICE OF MOTION TO VACATE JUDGMENT OF DISMISSAL FOR WANT OF PROSECUTION
1

1  This renoticed motion will be based on this re-notice, the plaintiff's Motion to Vacate
2  Judgment of Dismissal filed in support of plaintiff's Motion to Vacate Judgment of Dismissal for
3  Want of Prosecution, the memorandum of points and authorities filed in support therewith, and the
4  affidavit of Nick T. Reckas filed in support of same, all of which were filed and served on defendant
5  on May 28, 2008.

Respectfully submitted,

DATED:  May 29, 2008                LAW OFFICES OF NICK T. RECKAS


By:_____
     NICK T. RECKAS
     Attorney for Plaintiff

**PROOF OF SERVICE**

I declare that: I work in the County of Marin, California. I am over the age of eighteen years and not a party of the within entitled cause.

On May 29, 2008, I served the attached:

**RE-NOTICE OF MOTION TO VACATE JUDGMENT OF DISMISSAL FOR WANT OF PROSECUTION**

on the parties herein in said cause via the following means:

[X]   FIRST CLASS MAIL – I placed sealed, postage prepaid envelopes in First Class Mail for delivery in said city, addressed as follows:

[ ]   OVERNIGHT MAIL – (Federal Express) I placed sealed, postage prepaid envelopes in Overnight Mail for delivery in said city, addressed as follows:

[ ]   FACSIMILE TRANSMISSION – I delivered them by electronic facsimile transmission to the following individuals:

[X]   E-MAIL – by placing a true copy thereof into PDF format and forwarding via e-mail to the following individuals:

William E. Adams, Esq.
Sharron Williams Gelobter, Esq.
Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Flr.
Oakland, CA  94612
wadams@fablaw.com
sgelobter@fablaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on May 29, 2008, at San Rafael, California.

_____
Suzanne Gamlen