**United States District Court**
For the Northern District of California

1

2

3

4              IN THE UNITED STATES DISTRICT COURT

5

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7    SPYROS ECONOMIDES,

8            Plaintiff,                         No. C 07-06335 JSW

9       v.

10   PETER TSAKANIKAS,                          **ORDER SETTING BRIEFING**
                                                **SCHEDULE ON MOTION TO**
11           Defendant.                         **VACATE JUDGMENT**
     _____/

12

13        This matter came before the Court for a case management conference on Friday, April

14   25, 2008.  Plaintiff's lead counsel failed to appear for that case management conference and the

15   parties failed to file a joint case management conference statement.

16        Accordingly, on April 25, 2008, Plaintiff was ordered to file a response to an Order to

17   Show Cause why the case should not be dismissed for lack of prosecution by no later than May

18   2, 2008, and was advised that failure to respond to the Order would result in a dismissal of this

19   action, without prejudice.  Plaintiff failed to respond to the Order to Show Cause.  Accordingly,

20   on May 7, 2008, this matter was DISMISSED WITHOUT PREJUDICE for failure to prosecute

21   and judgment was entered.

22        Subsequently, on May 28, 2008, Plaintiff filed a motion to vacate the judgment.  On

23   May 29, 2008, Plaintiff set the motion for hearing on August 15, 2008.  The Court HEREBY

24   ORDERS that an opposition to the motion shall be filed by no later than June 20, 2008 and a

25   reply brief shall be filed by no later than June 27, 2008.

26        If the Court determines that the matter is suitable for resolution without oral argument, it

27   will so advise the parties in advance of the hearing date.  If the parties wish to modify this

28   schedule, they may submit for the Court's consideration a stipulation and proposed order

demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated:  May 30, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2