1   WILLIAM E. ADAMS #153330
    SHARRON W. GELOBTER #226936
2   FITZGERALD ABBOTT & BEARDSLEY LLP
    1221 Broadway, 21st Floor
3   Oakland, California 94612
    Telephone: (510) 451-3300
4   Facsimile: (510) 451-1527
    Email: wadams@fablaw.com
5        sgelobter@fablaw.com

6   Attorneys for Defendant PETER TSAKANIKAS

7

8                 UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10  SPYROS ECONOMIDES,                Case No.: C07-06335 JSW

11              Plaintiff,            **DECLARATION OF SHARRON
                                      WILLIAMS GELOBTER IN SUPPORT
12      vs.                           OF DEFENDANT'S OPPOSITION TO
                                      MOTION TO VACATE JUDGMENT OF
13  PETER TSAKANIKAS, and DOES 1 through    DISMISSAL FOR WANT OF
    XXV,                              PROSECUTION**
14
                Defendant.           Date:      August 15, 2008
15                                   Time:      9:00 a.m.
                                     Courtroom: 2
16                                   Judge:     Hon. Jeffrey S. White

17

18      I, Sharron Williams Gelobter, declare as follows:

19      1.      I am a member in good standing of the Bar of the State of California and

20  admitted to practice in the United States District Court, Northern District of California. I am an

21  associate with the law firm of Fitzgerald Abbott & Beardsley LLP and an attorney of record for

22  the defendant Peter Tsakanikas ("Defendant") in the above-referenced action.

23      2.      I make this declaration from both from personal knowledge and from

24  information and belief. If called upon to do so, I could and would competently testify to the

25  matters set forth herein.

26      3.      This is an action for breach of contract and common law fraud by Spyros

27  Economides against Peter Tsakanikas. The action was filed on August 16, 2007 in the

28                                        1.

1   Alameda County Superior Court.  Defendant subsequently moved the case to Federal Court on

2   December 13, 2007 where it was assigned to Magistrate Judge Elizabeth LaPorte.

3          4.      Judge LaPorte issued a case management conference ("CMC") order for March

4   25, 2008 for which a joint case management statement ("CMS") pursuant to federal court rules

5   was required.

6          5.      After meeting and conferring, Mr. William Adams and Mr. Nick Reckas agreed

7   that we would draft the initial CMS for submission to Mr. Reckas for comment and review

8   before submission to the court.

9          6.      I promptly began drafting the CMS, but was unable to complete the draft for two

10  weeks due to my inability to contact our client who is currently residing in Greece.  As soon as

11  we made contact to ascertain relevant facts I completed the draft and submitted it by email to

12  Mr. Reckas on Wednesday, March 19. (See email correspondence with copy of appended draft

13  CMS attached hereto as Exhibit A).

14         7.      I went out of town on that date and returned to my office on Monday, March 24

15  when I was told by our paralegal Marie Erickson that she had contacted Mr. Reckas who was

16  unhappy about the delay in getting the CMS and therefore decided to submit his own, contrary

17  to the court's requirement of joint submission.  (See Declaration of Marie V. Erickson attached

18  hereto as Exhibit B).

19         8.      I was alarmed by this decision, however I assumed that given Mr. Reckas'

20  significant years of legal practice he was aware of the rules and was willing to take a chance by

21  submitting his own CMS.

22         9.      I noted later that Mr. Reckas had submitted his document on Friday, March 21,

23  despite having received my draft two days earlier.

24         10.     I thus assumed that Mr. Reckas was unhappy about the contents of my draft, but

25  rather than edit the document to reflect his own stance he decided to submit a separate

26  document.

27         11.     Along with our submission of the CMS, we exercised our right to oppose that

2.

DECLARATION OF SHARRON WILLIAMS GELOBTER IN SUPPORT OF DEFENDANT'S OPPOSITION
TO MOTION TO VACATE JUDGMENT OF DISMISSAL FOR WANT OF PROSECUTION, CASE NO. C07-
06335 EDL

6/19/08 (25069) #304343.1

1    the case be assigned to a magistrate judge for all purposes therefore the case was subsequently

2    re-assigned to the Hon. Jeffrey S. White.

3        12.    On March 26, 2008 Judge White issued an order rescheduling the CMC for

4    April 25, 2008 also requiring a joint CMS. This order was sent to Mr. Reckas by U.S. mail

5    because he had not provided the court as required, with an email address. Therefore Mr.

6    Reckas had notice of the CMC and all the attendant requirements. (See copy of order and

7    proofs of service attached hereto as Exhibit C).

8        13.    In the meantime the case was ordered to mediation and Mr. Michael Sobel was

9    selected as a mediator.

10        14.    On April 7, 2008 I participated in a mediation conference call with Mr. Reckas

11    and Mr. Sobel in which we discussed the process of mediation and other attendant issues

12    including the difficulty I was experiencing in communicating with my client who was in

13    Greece caring for an ailing parent and anticipating the possibility of undergoing surgery.

14        15.    Mr. Sobel informed us that we would be required to set a date for mediation

15    within the next several weeks in order to comply with the court's requirements for completing

16    the mediation by a date certain.

17        16.    I diligently communicated with my client to be able to set a mediation date

18    satisfactory to all parties. Setting a mutual mediation date was not an easy task given that our

19    client is located in Greece, his family responsibilities and Mr. Economides also being in Greece

20    at the time.

21        17.    I kept both Mr. Sobel and Mr. Reckas informed of my progress in setting a date

22    for mediation. In every instance when Mr. Sobel would remind us of the need to set a

23    mediation date I would once again contact my client and inform him that the time was fleeting

24    and that I needed a response as soon as possible. (See copies of email correspondence attached

25    hereto as Exhibit D).

26        18.    Meanwhile, with the April 25, 2008 CMC fast approaching I began anticipating

27    attending that meeting and assumed that since I had not met Mr. Reckas in person that I would

28    

3.

DECLARATION OF SHARRON WILLIAMS GELOBTER IN SUPPORT OF DEFENDANT'S OPPOSITION
TO MOTION TO VACATE JUDGMENT OF DISMISSAL FOR WANT OF PROSECUTION. CASE NO. C07-
06335 EDL

6/19/08 (25069) #304343.1

1  do so at the CMC as in many other cases.

2       19.    I did not submit a CMS assuming that since the initial CMC had been

3  rescheduled the original CMS would suffice for the new CMC.

4       20.    I did not think that it was my responsibility to inform Mr. Reckas of the CMC

5  nor to check on his attendance given that he had been mailed the order by the court just as I

6  had.

7       21.    I have never in my years of practice called opposing counsel to ascertain their

8  attendance at a court appearance and this instance was no different.  I also checked with other

9  attorneys to ascertain their practice on this subject and could not find anyone who did that on a

10  regular basis, especially without having an established relationship with opposing counsel.

11       22.    I attended the case management conference and Mr. Reckas did not appear.

12  Judge White asked me whether I knew of Mr. Reckas' whereabouts.  I answered that I did not.

13       23.    Following the CMC, I did not follow up with Mr. Reckas to ascertain his reason

14  for not attended the CMC as my caseload did not permit my checking up on opposing counsel

15  and their reasons for not attending a hearing.

16       24.    I thus assumed that Mr. Reckas, in diligent prosecution of his case was checking

17  his client's files to ascertain dates or at least checking the court's website to make sure that he

18  was not missing important dates.

19       25.    Therefore in my subsequent peripheral communication with Mr. Reckas through

20  copying him on one communication I had with Mr. Sobel responding on our client's progress in

21  securing a mediation date, I did not think discussing the case management conference was

22  appropriate.  Further I assumed that Mr. Reckas had received notices from the court informing

23  him of the Order to Show Cause.

24       26.    My final communication with Mr. Sobel on which Mr. Reckas was copied

25  informed Mr. Sobel of the dismissal as it was appropriate and relevant to the mediation.

26  Because of dismissal of the case, mediation was no longer necessary and Mr. Sobel's services

27  were no longer needed.

28                                   4.

DECLARATION OF SHARRON WILLIAMS GELOBTER IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION TO VACATE JUDGMENT OF DISMISSAL FOR WANT OF PROSECUTION, CASE NO. C07-06335 EDL

6/19/08 (25069) #304343.1

27.     Mr. Reckas called me directly to request a stipulation to set aside the judgment knowing that I am an associate with this law firm and not empowered to make such decisions. I therefore informed Mr. Reckas of this fact and promptly communicated his request to my supervisor and the lead attorney on this case, William Adams.

28.     Mr. Adams informed me that a stipulation to set aside the judgment would not be possible. I immediately communicated that decision to Mr. Reckas.

29.     Contrary to Mr. Reckas' claim of bad faith on my part as well as that of Mr. Adams in prosecution of his case, we have not exhibited bad faith toward Mr. Reckas, but simply diligently representing our own client.

30.     We have been in communication with Mr. Reckas when necessary and have not resorted to actions to gain tactical advantage over Mr. Reckas as he claims in his memorandum of points and authorities to justify his lack of diligence in prosecuting his own case.

31.     After informing Mr. Reckas that we would not agree to a stipulation to set aside the judgment, he continued sending us additional documents for the mediation despite the fact that the case was considered closed.

32.     We have diligently represented our client and have not resorted to the bad faith tactics alleged by Mr. Reckas.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this _19TH_ day of June, 2008, in Oakland, California.

Sharron Williams Gelobter
Attorneys for Defendant
Peter Tsakanikas

DECLARATION OF SHARRON WILLIAMS GELOBTER IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION TO VACATE JUDGMENT OF DISMISSAL FOR WANT OF PROSECUTION, CASE NO. C07-06335 EDL

6/19/08 (25069) #304343.1

# EXHIBIT A

## Sharron W. Gelobter

**From:** Sharron W. Gelobter
**Sent:** Wednesday, March 19, 2008 3:33 PM
**To:** 'NReckaslaw@aol.com'
**Cc:** William E. Adams
**Subject:** Economides v. Tsakanikas: Joint Case Management Statement--Draft

Dear Mr. Reckas:

Attached please find draft of the joint case management statement in the above matter for your review. We apologize for the delay in getting this document to you. Our client has been traveling and we were unable to connect with him to complete the draft. Please review and contact me with any questions or comments. Thank you for your consideration.

Sincerely,
Sharron Williams Gelobter
Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Floor
Oakland, CA 94612
tel  510.451.3300
fax 510.451.1527
sgelobter@fablaw.com
www.fablaw.com
 v-card

**FITZGERALD ABBOTT & BEARDSLEY** LLP
ATTORNEYS AT LAW

Important: This electronic mail message, including any attached files, is being sent by or on behalf of a lawyer; it is confidential and it may contain or constitute information protected by the attorney-client and/or the attorney work-product privileges. If the person actually receiving this message, or any other reader of this message, is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are not authorized to retain, read, copy or disseminate this communication or any part of it. If you have received this communication in error, please immediately notify Fitzgerald Abbott & Beardsley LLP at (510) 451-3300. Thank you.

1  WILLIAM E. ADAMS #153330
   SHARRON W. GELOBTER #226936
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California  94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: wadams@fablaw.com
5        sgelobter@fablaw.com

6  Attorneys for Defendant PETER TSAKANIKAS

7

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

10 SPYROS ECONOMIDES,                  Case No.: C07-06335 EDL

11           Plaintiff,

12      vs.                            **JOINT CASE MANAGEMENT
                                        STATEMENT**
13 PETER TSAKANIKAS, and DOES 1 through
   XXV,                               [Civil Local Rule 16-9]
14
             Defendant.
15                                     Date:       3/25/08
                                       Time:       10:00 A.M.
16                                     Courtroom:  E - 15th Floor
                                       Judge:      Hon. Elizabeth D. Laporte
17

18

19      The parties to the above-entitled action in accordance with Fed. R. Civ. P. 26(f) and the

20 Court's Order dated December 13, 2007 hereby submit the following joint Case Management

21 Statement:

22      **1.      JURISDICTION AND SERVICE**

23      The court has diversity subject matter jurisdiction of the claims by and between the

24 parties pursuant to 28 USC § 1332.   There are no issues regarding personal jurisdiction or

25 venue.

26      **2.      UNDERLYING FACTS**

27      This case is an action for fraud and breach of contract or conversion.  In 2002,

28
                                    1.
   FAB-296347-V1-JOINT CASE MANAGEMENT STATEMENT1.DOC, CASE NO. C07-
                                06335 EDL

1  Defendant Peter Tsakanikas ("TSAKANIKAS") and Defendant Spyros Economides

2  ("ECONOMIDES") were introduced by a mutual friend Nikos Panopoulos.  The parties

3  communicated a number of times regarding their mutual interest in investing and shortly

4  thereafter agreed to cooperate and invest in environmental projects.  As such they traveled to

5  China to solicit environmental business there, but were unsuccessful in that venture.

6       In or about February 2003, TSAKANIKAS and ECONOMIDES met with the principals

7  of CallKey, Ltd. ("CallKey"), a telecommunications company that had developed a software-

8  based technology for mobile phone service.  The Board of Directors of CallKey agreed to, and

9  then later formed a subsidiary of the company based in Tucson, Arizona and appointed

10 TSAKANIKAS as its Chief Executive Officer.  ECONOMIDES and TSAKANIKAS thereafter

11 formed SEPT, LLC to acquire and own shares of stock in CallKey. ECONOMIDES later

12 invested certain monies in the company.

13      In early 2004, TSAKANIKAS stepped down as CEO of the company.  The CallKey

14 stock that had been acquired by SEPT, LLC was reacquired by CallKey in for an unsecured

15 note in the principal amount of $240,000.

16      Thereafter, TSAKANIKAS promised to repay to ECONOMIDES a certain sum of the

17 amount he had invested in the company.

18      On or about November 14, 2005 the parties entered into an agreement ("Agreement")

19 that delineated the schedule of payments by which TSAKANIKAS would repay

20 ECONOMIDES the agreed upon amount.

21      ECONOMIDES alleges that the agreement is valid and that TSAKANIKAS has

22 breached the contract by failing to remit the funds required pursuant to the schedule outlined in

23 the agreement and to overall abide by the obligations to which he agreed.  ECONOMIDES

24 further alleges that TSAKANIKAS has converted the funds that ECONOMIDES invested in

25 CallKey to his own use.

26      TSAKANIKAS denies all the above claims and instead asserts that he has made several

27 payments to ECONOMIDES according to his demands and does not owe the amount claimed

28

FAB-296347-V1-JOINT CASE MANAGEMENT STATEMENT1.DOC, CASE NO. C07-
06335 EDL

6/11/08 (25069) #288052.1

1   by ECONOMIDES.  TSAKANIKAS further asserts that he is not aware of portions of the sums

2   ECONOMIDES claims he invested in CallKey.  TSAKANIKAS further alleges that despite

3   making payments to ECONOMIDES he is not knowledgeable as to what payments

4   ECONOMIDES has made toward the accounts he has generated in order to make investments

5   in CallKey.

6

7          **3.      LEGAL ISSUES**

8              1).  Validity and enforceability of the Agreement;

9              2).  If the Agreement is valid and enforceable, whether the parties have

10  performed their respective obligations under the Agreement;

11             3).  Whether TSAKANIKAS' performance under the Agreement constitutes a

12  breach of the Agreement;

13             4).  Whether TSAKANIKAS' actions constitute a conversion;

14             5).  Whether TSAKANIKAS' performance under the Agreement is a proximate

15  cause of ECONOMIDES' damages;

16             6).  If the Agreement is unenforceable or has been materially breached by

17  ECONOMIDES' own non-performance, should the measure of damages reflect this fact;

18             7).  The proper measure of damages to the respective parties, and determination

19  of the prevailing party on the contract issues.

20         **4.      MOTIONS**

21  Defendant anticipates filing a motion for summary judgment.

22         **5.      AMENDMENT OF PLEADINGS**

23  No amendments to the pleadings are planned by the parties, but the parties reserve the

24  right to amend the pleadings after conducting discovery.

25         **6.      EVIDENCE PRESERVATION**

26  The parties do not anticipate any issues regarding evidence preservation.

27

28

FAB-296347-V1-JOINT CASE MANAGEMENT STATEMENT1.DOC, CASE NO. C07-06335 EDL

6/11/08 (25069) #288052.1

7.    **DISCLOSURES**

The parties have fully and timely complied with the initial disclosure requirements of Fed. R. Civ. P. 26.    Neither party has supplemented these initial disclosures.

8.    **DISCOVERY**

No discovery has yet been undertaken.  The parties agree to a stay on discovery pending mediation.

9.    **CLASS ACTIONS**

N/A

10.    **RELATED CASES**

None.

11.    **RELIEF**

TSAKANIKAS seeks a determination of the validity of the Agreement at issue in this action.   TSAKANIKAS also seeks attorneys' fees.

12.    **SETTLEMENT AND ADR**

The court has ordered the parties to mediation.

13.    **CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

The parties do not consent to a Magistrate Judge for all purposes.

14.    **OTHER REFERENCES**

The case is not suitable for any other reference.

15.    **NARROWING OF ISSUES**

The issues do not need to be narrowed.

16.    **EXPEDITED SCHEDULE**

This case would benefit by an expedited schedule.

17.    **SCHEDULING**

18.    **TRIAL**

The parties have not requested a jury trial.  However, if a court trial is necessary the

4.

6/11/08 (25069) #288052.1

trial estimate is 3 to 5 days.

**19.    DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

There are no non-party entities or persons who have a financial interest in the controversy or in a party to this proceeding, nor any other interest that could be substantially affected by the outcome of this case.

DATED:   03/__/08                    /s/_____

                                     NICK T. RECKAS

                                     Attorney for Plaintiff

                                     SPYROS ECONOMIDES


                                     /s/_____

                                     WILLIAM E. ADAMS

                                     Attorney for Defendant

                                     PETER TSAKANIKAS

FAB-296347-V1-JOINT CASE MANAGEMENT STATEMENT1.DOC, CASE NO. C07-06335 EDL
6/11/08 (25069) #288052.1

# EXHIBIT B

1  WILLIAM E. ADAMS #153330
   SHARRON W. GELOBTER #226936
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California 94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: wadams@fablaw.com
5         sgelobter@fablaw.com

6  Attorneys for Defendant PETER TSAKANIKAS

7

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10 SPYROS ECONOMIDES,                    Case No.: C07-06335 JSW

11              Plaintiff,               **DECLARATION OF MARIE V.
                                         ERICKSON IN SUPPORT OF
12      vs.                              DEFENDANT'S OPPOSITION TO
                                         MOTION TO VACATE JUDGMENT OF
13 PETER TSAKANIKAS, and DOES 1 through  DISMISSAL FOR WANT OF
   XXV,                                  PROSECUTION**
14
                Defendant.               Date: 08/15/2008
15                                       Time: 9:00 a.m.
                                         Courtroom: 2
16

17      I, Marie V. Erickson, declare as follows:

18      1.      I am a paralegal at the law firm of Fitzgerald Abbott & Beardsley LLP and our

19 firm represented Defendant Peter Tsakanikas ("Defendant") in the above-referenced action and

20 I make this declaration from personal knowledge. If called upon to do so, I could and would

21 competently testify to the matters set forth herein.

22      2.      On March 24, 2008, William Adams, counsel for Defendant, asked me to

23 contact Nick Reckas, counsel for Plaintiff, to advise Mr. Reckas that Mr. Adams was

24 unavailable because he had been preparing for trial and an arbitration, and was waiting for

25 comments from Mr. Reckas on the Joint Case Management Statement that was forwarded to

26 him the previous week. Ms. Gelobter was out of the office on this date.

27      3.      When I spoke with Mr. Reckas, he was extremely unhappy with the amount of

28
                                         1.

1   time it was taking to get the Joint Case Management Statement completed.  He advised me at

2   that time that he was going to submit his own statement to the court.

3         4.      On March 24, 2008, our office submitted Defendant's Case Management

4   Statement on behalf of our client, Peter Tsakanikas.

5         I declare under the penalty of perjury under the laws of the United States and the State

6   of California that the foregoing is true and correct.

7         Executed this _19TH_ day of June, 2008, in Oakland, California.



                                                    Marie V. Erickson

# EXHIBIT C

United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SPYROS ECONOMIDES,

        Plaintiff,

  v.

PETER TSAKANIKAS,

        Defendant.

_____/

No. C 07-06335 JSW

**ORDER SETTING CASE
MANAGEMENT CONFERENCE AND
REQUIRING JOINT CASE
MANAGEMENT CONFERENCE
STATEMENT**

TO ALL PARTIES AND COUNSEL OF RECORD:

     The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby

ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management

Conference shall be held in this case on April 25, 2008, at 1:30 p.m., in Courtroom 2, 17th Floor,

Federal Building, 450 Golden Gate Avenue, San Francisco, California.

     Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on

any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service,

plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance

with Civil L. R. 5-6(a).

     The parties shall appear in person through lead counsel to discuss all items referred to in this

Order and with authority to enter stipulations, to make admissions and to agree to further scheduling

dates.

     The parties shall file a joint case management statement no later than **five (5) court days**

prior to the conference. The joint case management statement shall address all of the topics set forth

in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case*

United States District Court

For the Northern District of California

1  *Management Statement*, which can be found on the Court's website located at

2  http://www.cand.uscourts.gov.  *See* N.D. Civ L.R. 16-9.  If any one or more of the parties is

3  proceeding without counsel, the parties may file separate case management statements.    Separate

4  statements my also address all of the topics set forth in the Standing Order referenced above.  Any

5  request to reschedule the date of the conference shall be made in writing, and by stipulation if

6  possible, at least ten (10) calendar days before the date of the conference and must be based upon

7  good cause.   In order to assist the Court in evaluating any need for disqualification or recusal, the

8  parties shall disclose to the Court the identities of any person, associations, firms, partnerships,

9  corporations or other entities known by the parties to have either (1) financial interest in the subject

10  matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be

11  substantially affected by the outcome of the proceeding.  If disclosure of non-party interested entities

12  or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference

13  the pleading or document in which the disclosure was made.  In this regard, counsel are referred to

14  the Court's Recusal Order posted on the Court website at the Judges Information link at

15  http://www.cand.uscourts.gov.

16  **IT IS SO ORDERED.**

17

18  Dated: March 27, 2008

19  JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

**Marie V. Erickson**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Thursday, March 27, 2008 8:31 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:07-cv-06335-JSW Spyros Economides v. Tsakanikas Initial Scheduling Scheduling Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
**\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available* .
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF Home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 3/27/2008 8:31 AM and filed on 3/27/2008
**Case Name:** Spyros Economides v. Tsakanikas
**Case Number:** 3:07-cv-6335
**Filer:**
**Document Number:** 14

**Docket Text:**
**INITIAL SCHEDULING CONFERENCE ORDER: Case Management Statement due by 4/18/2008. Case Management Conference set for 4/25/2008 01:30 PM.. Signed by Judge Jeffrey S. White on 3/27/08. (jjo, COURT STAFF) (Filed on 3/27/2008)**

**3:07-cv-6335 Notice has been electronically mailed to:**

William Errol Adams    wadams@fablaw.com, ahodgkin@fablaw.com, dnewton@fablaw.com, merickson@fablaw.com

ara Nathan Pasquinelli    spasquinelli@fablaw.com, ahodgkin@fablaw.com, merickson@fablaw.com, pasq@hotmail.com

**:07-cv-6335 Notice has been delivered by other means to:**

harron Williams Gelobter
itzgerald Abbott & Beardsley LLP
221 Broadway, 21st Floor
)akland, CA 94612

ìick T. Reckas
ìttorney at Law
36 Bon Air Center
296
ireenbrae, CA 94904

'he following document(s) are associated with this transaction:

**)ocument description:**Main Document
**)riginal filename:**N:\2007\07-6335\Initial Scheduling Order.pdf
**:lectronic document Stamp:**
STAMP CANDStamp_ID=977336130 [Date=3/27/2008] [FileNumber=4252235-0]

7465adb367eca373c5264f4956bf4d6057721b92573557aa18f1946404f0240c5d402
badf24650ba38d8d67ee0c8c13e75c1253c057eeeda35075fc82d541a3]]

**Sharron W. Gelobter**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Thursday, May 01, 2008 10:07 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:07-cv-06335-JSW Spyros Economides v. Tsakanikas Set Deadlines/Hearings |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 5/1/2008 10:06 AM and filed on 4/30/2008
**Case Name:**        Spyros Economides v. Tsakanikas
**Case Number:**    3:07-cv-6335
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Set Deadlines/Hearings: Further Case Management Conference set for 9/19/2008 01:30 PM. Case Management Statement due by 9/12/2008. (hdj, COURT STAFF) (Filed on 4/30/2008)**

**3:07-cv-6335 Notice has been electronically mailed to:**

6/5/2008

William Errol Adams    wadams@fablaw.com, ahodgkin@fablaw.com, dnewton@fablaw.com, merickson@fablaw.com

Sharron S K Williams Gelobter    sgelobter@fablaw.com

Sara Nathan Pasquinelli    spasquinelli@fablaw.com, ahodgkin@fablaw.com, merickson@fablaw.com, spasq@hotmail.com

**3:07-cv-6335 Notice has been delivered by other means to:**

Nick T. Reckas
Attorney at Law
336 Bon Air Center
#296
Greenbrae, CA 94904

6/5/2008

**Sharron W. Gelobter**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Tuesday, April 29, 2008 9:54 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:07-cv-06335-JSW Spyros Economides v. Tsakanikas Case Management Conference - Initial |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 4/29/2008 9:54 AM and filed on 4/29/2008
**Case Name:**      Spyros Economides v. Tsakanikas
**Case Number:**    3:07-cv-6335
**Filer:**
**Document Number:** 17

**Docket Text:**
**Minute Entry: Initial Case Management Conference held on 4/25/2008 before Judge Jeffrey S. White (Date Filed: 4/29/2008). (Court Reporter Sylvia Russo.) (jjo, COURT STAFF) (Date Filed: 4/29/2008)**

**3:07-cv-6335 Notice has been electronically mailed to:**

6/5/2008

William Errol Adams wadams@fablaw.com, ahodgkin@fablaw.com, dnewton@fablaw.com, merickson@fablaw.com

Sara Nathan Pasquinelli spasquinelli@fablaw.com, ahodgkin@fablaw.com, merickson@fablaw.com, spasq@hotmail.com

Sharron S K Williams Gelobter sgelobter@fablaw.com

**3:07-cv-6335 Notice has been delivered by other means to:**

Nick T. Reckas
Attorney at Law
336 Bon Air Center
#296
Greenbrae, CA 94904

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**N:\2007\07-6335\4-25-08 CMC Minute Form.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/29/2008] [FileNumber=4344514-0]

[9cd9bf3227a968526a15359a8d1ebf1f32e60c25573025bbf0e2eab2e0bf762059e73
db9fbbd233df240dc01b1dd3fe33efcef3a8fd15ece1ca7e76f3bddb884]]

**Sharron W. Gelobter**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Friday, April 25, 2008 2:39 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:07-cv-06335-JSW Spyros Economides v. Tsakanikas Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 4/25/2008 2:39 PM and filed on 4/25/2008
**Case Name:** Spyros Economides v. Tsakanikas
**Case Number:** 3:07-cv-6335
**Filer:**
**Document Number:** 16

**Docket Text:**
**ORDER TO SHOW CAUSE. Signed by Judge Jeffrey S. White on April 25, 2008. (jswlc2, COURT STAFF) (Filed on 4/25/2008)**

**3:07-cv-6335 Notice has been electronically mailed to:**

William Errol Adams     wadams@fablaw.com, ahodgkin@fablaw.com, dnewton@fablaw.com, merickson@fablaw.com

Sharron S K Williams Gelobter     sgelobter@fablaw.com

Sara Nathan Pasquinelli    spasquinelli@fablaw.com, ahodgkin@fablaw.com, merickson@fablaw.com, spasq@hotmail.com

**3:07-cv-6335 Notice has been delivered by other means to:**

Nick T. Reckas
Attorney at Law
336 Bon Air Center
#296
Greenbrae, CA 94904

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**G:\JSWALL\2007\07-6335\Order to Show Cause.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/25/2008] [FileNumber=4338199-0]

[46785e712b9af855784300bcde7783e18d2f1b12290c78d949a3dab2555e25a358238
b72ddb777719afcc7a9e0fff7463abd36778fd7566c584dc54fe733848e]]

# EXHIBIT D

**Sharron W. Gelobter**

From:    Sobel, Michael E. [MSobel@SSD.com]
Sent:    Friday, April 25, 2008 8:29 AM
To:    Sharron W. Gelobter; Nreckaslaw@aol.com; William E. Adams
Subject:    RE: Spyros Economides v. Peter Tsakanikas, Case No. C 07-6335 EDL MED: Memorialization of telephone conference

Thank-you, Sharon.

The only reason I was following up is that it has been 2-1/2 weeks or so since our telephone conference, and from the conference, I knew that your client would be going into the hospital in the near future, and so I thought it would be best, to meet the court's schedule and mid-June deadline, for the session to be set before the hospital visit commenced. Also, given the plaintiff's own travel needs, it seems that setting matters sooner rather than later would be beneficial.

Thank you, as always, for your assistance with this.

Mike

**From:** Sharron W. Gelobter [mailto:SGelobter@fablaw.com]
**Sent:** Thursday, April 24, 2008 4:38 PM
**To:** Sobel, Michael E.; Nreckaslaw@aol.com; William E. Adams
**Subject:** RE: Spyros Economides v. Peter Tsakanikas, Case No. C 07-6335 EDL MED: Memorialization of telephone conference

Dear Mr. Sobel:

As stated in our last communication, our client is in Greece dealing with personal medical issues. We are still making an effort to settle a date that will be satisfactory for all parties. Please bear with us and we will inform you at the earliest possible time when we have managed to secure that date.

Sincerely,
Sharron Williams Gelobter
Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Floor
Oakland, CA 94612
tel 510.451.3300
fax 510.451.1527
sgelobter@fablaw.com
www.fablaw.com
 v-card



Important: This electronic mail message, including any attached files, is being sent by or on behalf of a lawyer; it is confidential and it may contain or constitute information protected by the attorney-client and/or the attorney work-product privileges. If the person actually receiving this message, or any other reader of this message, is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are not authorized to retain, read, copy or disseminate this communication or any part of it. If you have received this communication in error, please immediately notify Fitzgerald Abbott & Beardsley LLP at (510) 451-3300. Thank you.

    -----Original Message-----
**From:** Sobel, Michael E. [mailto:MSobel@SSD.com]
**Sent:** Thursday, April 24, 2008 3:47 PM
**To:** Sharron W. Gelobter; Nreckaslaw@aol.com; William E. Adams
**Subject:** RE: Spyros Economides v. Peter Tsakanikas, Case No. C 07-6335 EDL MED: Memorialization of telephone conference

Counsel--

Please advise as to this? Given the issues raised at our telephone conference earlier this month, I think that the date for the mediation needs to be set at this point.

Thank you for your assistance with this--

Mike

**From:** Sobel, Michael E.

**Sent:** Monday, April 21, 2008 4:24 PM
**To:** 'Sharron W. Gelobter'; 'Nreckaslaw@aol.com'; 'William E. Adams'
**Subject:** RE: Spyros Economides v. Peter Tsakanikas, Case No. C 07-6335 EDL MED: Memorialization of telephone conference

Counsel--

I was writing to follow up on this.  Do we now have dates to choose from?

Mike

---

**From:** Sobel, Michael E.
**Sent:** Friday, April 11, 2008 4:00 PM
**To:** Sharron W. Gelobter; Nreckaslaw@aol.com; William E. Adams
**Subject:** RE: Spyros Economides v. Peter Tsakanikas, Case No. C 07-6335 EDL MED: Memorialization of telephone conference

Many thanks for the update.

And do have a good weekend.

Mike

**From:** Sharron W. Gelobter [mailto:SGelobter@fablaw.com]
**Sent:** Friday, April 11, 2008 3:48 PM
**To:** Sobel, Michael E.; Nreckaslaw@aol.com; William E. Adams
**Subject:** RE: Spyros Economides v. Peter Tsakanikas, Case No. C 07-6335 EDL MED: Memorialization of telephone conference

Mr. Sobel:

Our client is in Greece and is dealing with some medical and family issues.  I have apprised him of the need to decide on a date relatively soon.  To that end he is making arrangements and will inform us some time next week of a date in June when he is available.  I will update you and Mr. Reckas as soon as we have a settled date from him.

Sincerely,
Sharron Williams Gelobter
Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Floor
Oakland, CA 94612
tel  510.451.3300
fax 510.451.1527
sgelobter@fablaw.com
www.fablaw.com
 v-card

 FITZGERALD ABBOTT & BEARDSLEY LLP
ATTORNEYS AT LAW

Important: This electronic mail message, including any attached files, is being sent by or on behalf of a lawyer; it is confidential and it may contain or constitute information protected by the attorney-client and/or the attorney work-product privileges. If the person actually receiving this message, or any other reader of this message, is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are not authorized to retain, read, copy or disseminate this communication or any part of it. If you have received this communication in error, please immediately notify Fitzgerald Abbott & Beardsley LLP at (510) 451-3300. Thank you.

-----Original Message-----
**From:** Sobel, Michael E. [mailto:MSobel@SSD.com]
**Sent:** Friday, April 11, 2008 1:58 PM
**To:** Nreckaslaw@aol.com; William E. Adams; Sara N. Pasquinelli; Sharron W. Gelobter
**Subject:** RE: Spyros Economides v. Peter Tsakanikas, Case No. C 07-6335 EDL MED: Memorialization of telephone conference

Counsel--

Do we have an update as to possible dates for the mediation?

Thank you for your assistance with this.

Mike

**From:** Sobel, Michael E.
**Sent:** Monday, April 07, 2008 2:46 PM
**To:** 'Nreckaslaw@aol.com'; 'wadams@fablaw.com'; 'spasquinelli@fablaw.com'; 'sgelobter@fablaw.com'
**Cc:** Alice_Fiel@cand.uscourts.gov
**Subject:** Spyros Economides v. Peter Tsakanikas, Case No. C 07-6335 EDL MED: Memorialization of telephone conference

Dear Counsel:

Confirming our telephone conference in this matter earlier today, Ms. Gelobter is in the process of attempting to secure mediation session dates from her client, for June. Once she has potential dates, she will extend them to both Mr. Reckas and me, at which point the mediation date will be set. As I mentioned when we spoke, under the Court's March 18, 2008 Order in this matter and ADR L.R. 6-4(b), the Court expects the mediation to take place by June 16, 2008. Once the date has been set, I will send out a confirming email, including with respect to the deadlines noted below.

In advance of the mediation, the parties have agreed to finish sharing with each other the financial documentation concerning the status of the funds and other consideration sent earlier by Mr. Economides to Mr. Tsakanikas. The parties have agreed to provide the remaining financial information in this regard to each other **by May 15, 2008**. Also, the named defendant has agreed to clarify, prior to the mediation session, his position on the parties' earlier "Repayment Agreement."

As we agreed, the mediation session will take place at my offices at 600 Hansen Way in Palo Alto, beginning at 9:00 a.m.; I provide directions below. As we discussed, I am keeping the whole day available, to allow the mediation to continue as long as we are making progress. To guard the parties' time, as the parties agreed today, I will have lunch ordered in, which the parties jointly will cover. Absent hearing from you otherwise, I will order in light fare such as chicken Caesar salad or the like; should you or your clients have any special dietary needs or preferences, please just let me know, so that they may be accommodated.

Once the mediation session date has been set, please remember to confirm your clients' attendance. I understand that each of the individually named parties will be in attendance, each of whom is conversant with the facts here, being the persons most knowledgeable about them, and with full authority to settle the lawsuit. (Should matters be otherwise, please let me know immediately.) Trial counsel for each party also will attend: Mr. Reckas; and Mr. Adams and Ms. Gelobter.

As we discussed today, the written mediation statements described in ADR L.R. 6-7 should be emailed, faxed or mailed to me for receipt, and to each other, **before the close of business two weeks before the mediation session date**. These statements are *not* to be filed with the Court. Please include and attach any key documents you feel I should read, as well as any citations to key legal authorities (if you would attach copies of any authorities you feel are especially pertinent and that especially should be read, that would be helpful). Of course, a detailed discussion of the key claims and defenses on which you rely, as well as the damages issues and calculations, cannot but help to advance matters; as we discussed, a breakdown of the potential damages and amounts, noting the parties' agreements and disagreements, would be most helpful to both me and the parties as a whole. Additionally, pursuant to ADR L.R. 6-8, if you think that it would be helpful to the mediation process, I invite you to submit to me alone--and not exchange--confidential statements relating, for example, to obstacles to or options for settlement, as well as statements from the parties themselves, as may be desired, I would ask that any such initial separate statements be provided within the above timeframe, and any responsive separate statements **by 2 business days before the mediation session**.

As I know you plan on doing, and as we discussed, please prepare for the mediation by readying yourselves on the facts and law in the matter, as may be needed to advance matters, and by discussing each of the following items with your clients:

> ➢ the client's interests, not just positions, and how these interests could be met;
> ➢ *the other party's interests*, and how these could be met;
> ➢ the best and worst alternatives to a negotiated settlement;
> ➢ the strengths and weaknesses of the case, both legal and factual;
> ➢ means by which the issues could be narrowed;
> ➢ the estimated budget to litigate the case through trial, including with respect to attorneys' fees recovery issues; and
>
> ➢ a mediation/negotiation plan for the mediation session, outlining how you might wish to proceed at the session itself to best serve your needs and goals--similar to a trial plan.

I also recommend that you help your clients in understanding the mediation process through suggesting that they re-read the Court's ADR booklet sent to you previously, focusing on the mediation section. (Additional copies also are available at the Court's website, at http://www.adr.cand.uscourts.gov/adr/adrdocs.nsf/0456e64e13c35663882564e600676f23/e4a1d742f8be60bd882572d400699cc7? OpenDocument.)

As we discussed, pursuant to ADR L.R. 6-3(b), I will donate my preparation time and the first four hours of the mediation. If the case has not resolved and you all agree to continue, I may charge the court-set rate of $200 per hour for the next four hours. After eight hours of session time, I may charge my hourly rate of $560 or such other rate as all parties agree. The parties will incur and pay these amounts equally.

Finally, as we had discussed, I attach a copy of the Court's standard Confidentiality Agreement, which is expected to be signed by all participants at the outset of the mediation session. Please review this agreement with your clients and contact me before the mediation session if you have questions or concerns about it.

<< File: Confidentiality Agreement.PDF >>

Once again, I look forward to working with you and your clients. Please just let me know if you have any question or otherwise would like to discuss any matter. Likewise, should I have any question about either of the mediation statements or otherwise in preparation for the mediation, I may contact either of you as well, to advance the process.

Sincerely yours,

Michael E. Sobel, Esq.

cc:   Clerk's Office-ADR Unit


Directions

From San Jose, via Highway 101:

Take Highway 101 north to the Embarcadero/Oregon Expressway exit. Go west on Oregon Expressway, over Highway 101. Proceed about 2 miles on Oregon Expressway to El Camino Real, a large 4-way intersection. Stay in one of the left hand turn lanes to turn onto El Camino Real. Turn left onto El Camino Real. The first traffic light is Hansen Way. Turn right. 600 Hansen Way is the second driveway on the right. The Squire, Sanders & Dempsey L.L.P. reception area is on the first floor of the building.

From Interstate 280 North/South:

Take Interstate 280 to the Page Mill Road exit. Go east on Page Mill Road about 3 miles. At El Camino Real, a large 4-way intersection, turn right. The first traffic light is Hansen Way. Turn right. 600 Hansen Way is the second driveway on the right. The Squire, Sanders & Dempsey L.L.P. reception area is on the first floor of the building.

From San Francisco, via Highway 101:

Take Highway 101 south to the Embarcadero/Oregon Expressway exit. Follow the signs for Oregon Expressway. Go west on Oregon Expressway. Proceed about 2 miles to El Camino Real, a large 4-way intersection. Stay in one of the left hand turn lanes to turn onto El Camino Real. Turn left onto El Camino Real. The first traffic light is Hansen Way. Turn right. 600 Hansen Way is the second driveway on the right. The Squire, Sanders & Dempsey L.L.P. reception area is on the first floor of the building.

Via mass transit:

One also may take CalTrain to the California Ave. stop in Palo Alto, walk down (west) California Ave. to El Camino Real (2-3 blocks), and then walk south to Hansen Way (approximately 4 longer blocks), the first traffic light after the El Camino Real/Page Mill Road large 4-way intersection. Turn right. 600 Hansen Way is the second driveway on the right. The Squire, Sanders & Dempsey L.L.P. reception area is on the first floor of the building. (Approximate walking distance: 15 minutes; public buses also travel down El Camino Real.)

_____

Michael E. Sobel, Esq.
Partner
Squire, Sanders & Dempsey L.L.P.
Palo Alto Office
600 Hansen Way
Palo Alto, California 94304-1043
Tel:   +1.650.856.6500
Fax:   +1.650.843.8777
E-mail:  msobel@ssd.com
www.ssd.com

*Proudly Serving the Silicon Valley Community and Beyond for More than 20 Years*

Beijing  Bratislava  Brussels  Budapest  Caracas  Cincinnati  Cleveland  Columbus

Frankfurt  Hong Kong  Houston  London  Los Angeles  Miami  Moscow

New York  Palo Alto  Phoenix  Prague  Rio de Janeiro

San Francisco  Santo Domingo  Shanghai  Tallahassee

Tampa  Tokyo  Tysons Corner

Warsaw  Washington DC  West Palm Beach

Associated Offices:  Bucharest  Buenos Aires  Dublin  Kyiv  Milan  Santiago

This e-mail is confidential and is intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message from your

computer.  Thank you.