1  WILLIAM E. ADAMS #153330
   SHARRON W. GELOBTER #226936
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California  94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: wadams@fablaw.com
5         sgelobter@fablaw.com

6  Attorneys for Defendant PETER TSAKANIKAS

7

8                    UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10 | SPYROS ECONOMIDES,            | Case No.: C07-06335 JSW
11 |         Plaintiff,            |
12 |     vs.                       | [PROPOSED] ORDER
13 | PETER TSAKANIKAS, and DOES 1 through XXV, | Date:     August 15, 2008
   |                               | Time:     9:00 a.m.
14 |                               | Courtroom: 2
   |         Defendant.            | Judge:    Hon. Jeffrey S. White
15 |                               |
16 |                               |

17

18     WHEREAS, the hearing on the motion of plaintiff Spyros Economides filed pursuant to

19 Federal Rules of Civil Procedure 60(b) to vacate the court's judgment of dismissal of May 7,

20 2008 was held before Hon. Jeffrey S. White, United States District Court judge of the Northern

21 District of California, at 9:00 a.m. on August 15, 2008, in Courtroom 2;

22     WHEREAS, William E. Adams appeared on behalf of Defendant Peter Tsakanikas and

23 Nick T. Reckas, appeared on behalf of Plaintiff Spyros Economides; and

24     WHEREAS, the Court has considered the written and oral arguments supporting and

25 opposing Plaintiff's Motion to Vacate Judgment of Dismissal for Want of Prosecution; and

26 / / /

27 / / /

28

                                    1.
                          , CASE NO. C07-06335 EDL
6/12/08 (25069) #304359.1

1  WHEREAS, good cause having been shown;

2  IT IS ORDERED that Plaintiff's Motion to Vacate Judgment of Dismissal for Want of
3  Prosecution is DENIED.

4  Dated: August ___, 2008          By_____
                                        United States District Court Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2.
, CASE NO. C07-06335 EDL