NICK T. RECKAS (SBN 67235)
Law Office of Nick T. Reckas
336 Bon Air Center, #296
Greenbrae, CA 94904
Telephone: (415) 464-0913
Facsimile:  (415) 464-9801
e-mail: nreckaslaw@aol.com

Attorney for Plaintiff
SPYROS ECONOMIDES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPYROS ECONOMIDES,<br><br>            Plaintiff,<br><br>    vs.<br><br>PETER TSAKANIKAS,<br><br>            Defendant. | Case No.: C 07-06335JSW<br><br>**SUPPLEMENTAL AFFIDAVIT OF NICK T. RECKAS IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE JUDGMENT OF DISMISSAL FOR WANT OF PROSECUTION**<br><br>Date:        August 15, 2008<br>Time:        9:00 a.m.<br>Judge:       Hon. Jeffrey S. White<br>Courtrm.:    2<br>Trial Date:  None set |

I, NICK T. RECKAS, after first being duly sworn, depose and state as follows:

1.      I am a member in good standing of the Bar of the State of California, admitted to practice in the Northern District of California, and the attorney of record for plaintiff SPYROS ECONOMIDES.  I make this Supplemental Affidavit of Nick T. Reckas in Support of Plaintiff's Motion To Vacate Judgment of Dismissal For Want of Prosecution.

2.      Attached hereto as Exhibit "A" is a  true and correct copy of a stipulation and proposed order selecting ADR process entered by the parties on March 4, 2008 pursuant to the standing order of Judge LaPorte.

//

1          3.      Attached hereto as Exhibit "B" is  a  true and correct copy of a reporter's transcript of

2    the hearing held before the court on April 25, 2008.

3          4.      I did not receive either by mail or electronic means the court's order setting the case

4    for management conference on April 25, 2008 and/or the court's order to show cause.

5          I declare under penalty of perjury under the laws of the State of California that the foregoing

6    is true and correct.  This affidavit was executed this 25th day of June, 2008 at Greenbrae, California.

7

8                                           _____

9                                           NICK T. RECKAS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL AFFIDAVIT OF NICK T. RECKAS

**PROOF OF SERVICE**

I declare that: I work in the County of Marin, California. I am over the age of eighteen years and not a party of the within entitled cause.

On June 26, 2008, I served the attached:

**SUPPLEMENTAL AFFIDAVIT OF NICK T. RECKAS IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE JUDGMENT OF DISMISSAL FOR WANT OF PROSECUTION**

on the parties herein in said cause via the following means:

[ XX ] FIRST CLASS MAIL – I placed sealed, postage prepaid envelopes in First Class Mail for delivery in said city, addressed as follows:

[   ]     OVERNIGHT MAIL – (Federal Express) I placed sealed, postage prepaid envelopes in Overnight Mail for delivery in said city, addressed as follows:

[ ]     FACSIMILE TRANSMISSION – I delivered them by electronic facsimile transmission to the following individuals:

[X]     E-MAIL – by placing a true copy thereof into PDF format and forwarding via e-mail to the following individuals:

William E. Adams, Esq.
Sharron Williams Gelobter, Esq.
Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Flr.
Oakland, CA  94612
wadams@fablaw.com
sgelobter@fablaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 26, 2008, at San Rafael, California.

_____
Suzanne Gamlen