NICK T. RECKAS SBN 67235
Law Office of Nick T. Reckas
336 Bon Air Center, #296
Greenbrae, CA 94904
Telephone: (415) 464-0913
Facsimile:  (415) 464-9801

Attorneys for Plaintiff
SPYROS ECONOMIDES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPYROS ECONOMIDES, | Case No.: CO7-06335JSW |
| Plaintiff, | **NOTICE OF FURTHER AND SECOND SET OF SUPPLEMENTAL INITIAL DISCLOSURES BY PLAINTIFF** |
| vs. | |
| PETER TSAKANIKAS, and DOES I through XXV, | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure, Rule 26(c), plaintiff SPYROS ECONOMIDES submits the following Second Set of Supplemental Initial Disclosures:

**BREACH OF CONTRACT**

1. The total amount of damages claimed by plaintiff for breach of contract is $506,362.23 together with interest at the legal rate from the date when the sum or sums were due and reasonable attorney fees according to proof as provided in paragraph 9 of the Repayment Agreement.  A detailed breakdown of the amounts owed by defendant to plaintiff from November 11, 2004 to February 8, 2008 is contained in Econ 56 to Econ 60, previously served on defendant.

True and correct copies of Econ 56 to Econ 60 are attached hereto as collective Exhibit A and by this reference incorporated herein.

In addition to the amounts stated in Ex. A, defendant failed to make the installment payments due to MBNA and Greenpoint as follows:

|       | MBNA     | GREENPOINT |
|-------|----------|------------|
| March | $329.00  | $774.66    |
| April | $319.00  | $828.08    |
| May   | $298.00  | $708.90    |
| June  | *        | $783.90    |
| July  | *        | $700.69    |

*On June 16, 2008 plaintiff paid the outstanding principal balance due on his MBNA credit card account in the amount of $33,836.00 (control number 61608DA). Therefore, the total amount owed to plaintiff is $506,362.23.

## **FRAUD AND CONVERSION**

The total amount of damages claimed by plaintiff under his fraud claim are as follows:

A.   Compensatory damages in the amount of $506,362.23;

B.   General damages according to proof;

C.   Punitive damages according to proof based on defendant's culpability, net worth, income and financial resources.

DATED: July 29, 2008                LAW OFFICES OF NICK T. RECKAS


By: _____
    NICK T. RECKAS,
    Attorney for Plaintiff
    SPYROS ECONOMIDES

# PROOF OF SERVICE

I declare that: I work in the County of Marin, California. I am over the age of eighteen years and not a party of the within entitled cause.

On July 29, 2008, I served the attached:

**NOTICE OF FURTHER AND SECOND SET OF SUPPLEMENTAL INITIAL DISCLOSURES BY PLAINTIFF**

on the parties herein in said cause via the following means:

[XX ]   FIRST CLASS MAIL – I placed sealed, postage prepaid envelopes in First Class Mail for delivery in said city, addressed as follows:

[   ]   OVERNIGHT MAIL – (Federal Express) I placed sealed, postage prepaid envelopes in Overnight Mail for delivery in said city, addressed as follows:

[   ]   FACSIMILE TRANSMISSION – I delivered them by electronic facsimile transmission to the following individuals:

[XX]   E-MAIL – by placing a true copy thereof into PDF format and forwarding via e-mail to the following individuals:

William E. Adams, Esq.
Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Flr.
Oakland, CA  94612

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 29, 2008, at San Rafael, California.

_____
Suzanne Gamlen