# DETAILED ACCOUNTING OF FINANCIAL TRANSACTIONS BETWEEN PETER TSAKANIKAS AND SPYROS ECONOMIDES

To: Peter Tsakanikas (PT)
From: Spyros Economides (SE)         Date: 11/11/04

Per our telephone conversation November 10, 2004, below is a summary of my individual contributions to SEPT in association with the CallKey financing activities **AS OF 11/15/04**, followed by documented, detailed breakdown of all transactions that contributed to that amount:

A. Second Mortgage Loan against residence at 2445 Virginia Street, Berkeley, CA
    Principal $150,000
    Interest Paid: $6,867.20

   NOTE: By mutual agreement, future interest payments toward this debt until
         payoff day will be paid by (PT) who has made the following
         payments, for a total of: $2,482.21
            (8/25/04   $585.62)
            (9/24/04   $645.21)
            (10/20/04  $625.69)
            (10/25/04  $625.69)

## SEE ALSO UPDATES BELOW

B. Cash withdrawal from MBNA credit card
    Principal: $45,000
    Principal Balance (as of 11/30/04): $34,217.77
    Principal Paid (SE): $10,782.23
    Interest Paid (SE): $4,425.65

   NOTE: By mutual agreement, future payments (principal and interest) toward
         this debt until payoff day will be paid by (PT) who has made
         the following payments as of 11/15/04, for a total of: $1,455.35:
            (8/25/04   $351.88)
            (9/24/04   $354.79)
            (10/20/04  $374.31)
            (10/29/04  $374.31)

## SEE ALSO UPDATES BELOW

C. Personal Account Sources (SE) (Bank savings, cash, stock/mutual fund sales)
    Cash $159,000

D. Credit against (SE) capitalization balance in SEPT, $4, 684.64, the loss in value
   of the mutual fund shares sold for the funds in items (18), (19) of the transaction
   detail below, as per agreement with (PT).

(SE) TOTAL PRINCIPAL, INTEREST, CREDIT:$150,000.00

```
                                    45,000.00  $10,782.23 to SE
                                               34,217.77 to MBNA
                                   159,000.00
                                     6,867.20
                                     4,425.65
                                     4,684.64
                                   ------------
                                   $369,977.49
```

E. Credit to (PT) for cash advances to (SE): $ 10,975.00 as:
   (Cash from Enviro Europa, 6,700 euro or $8,375)
   (Cash from Enviro Engineering $2,000)
   (Cash to Eleni via Western Union $600)

## NET (PT) to (SE): $359,002.49 (as of the date above)

ADDITIONAL FINANCIAL LIABILITIES:

A. (SE) has a mortgage liability in the original amount of about $140,000 against a property at Canyon View (Ventana Condominiums) in Tucson, Arizona the title of which has been transferred to (PT) via a "Quit Claim" deed at his request.

B. (SE) has given $30,000 to (PT), on his recommendation, to be invested on (SE's) behalf for which (SE) holds a personal guarantee agreement payable in December of 2004. (PT) has made the following payments to (SE) against the returns from that amount:

```
(3/29/04   $3,000)
(4/16/04      432)
(6/14/04      839)
(7/16/04    3,000)
```

*********************************************************************

## UPDATES

- PT paid back **$15,000** of the $30,000 that was given to him to invest on my behalf
- PT deposited $1,000 on 11/24/04 for December '04 loan payments. The payments were : $314 and $711.99
- PT deposited $1,000 on 12/23/04 for January '05 loan payments. The payments for January '05 were: $324 to MBNA and 719.18 to Greenpoint.
- PT deposited $1,000 on 2/08/05 for February '05 loan payments. The payments for February '05 were: $355 to MBNA and $732.53 to Greenpoint.
- PT deposited $1,200 on 3/02/05 for March '05 loan payments. The payments for March '05 were: $304 to MBNA and $685.27 to Greenpoint.

NOTE: Greenpoint reimbursed $71.47 for past interest overcharges.

- PT deposited $1,100 on 3/30/05 for April '05 loan payments. The payments for April '05 were: $324 to MBNA and $764.39 to Greenpoint.
- PT deposited $1,100 on 4/29/05 for May '05 loan payments. The payments for May '05 were: $344 to MBNA and $764.39 to Greenpoint.

- PT deposited $1,100 on 6/06/05 for June '05 loan payments. The payments for June '05 were: $324 to MBNA and $821.92 to Greenpoint.
- PT deposited $1,150 on 7/08/05 for July '05 loan payments. The payments for July '05 were: $355 to MBNA and $801.37 to Greenpoint.
- PT deposited **$15,000** (the balance of the $30,000 loan) on 7/27/05
- PT deposited $1,150 on 8/13/05 for August '05 loan payments. The payments for August '05 were: $345 to MBNA and $804.75 to Greenpoint.
- PT deposited $1,240 on 9/14/05 for September '05 loan payments. The payments for September '05 were: $323 to MBNA and $915.41 to Greenpoint
- PT deposited $1,240 on 10/09/05 for October '05 loan payments. The payments for October '05 were: $343 to MBNA and $863.01 to Greenpoint
- PT deposited $1240 on 11/14/05 for November '05 loan payments. The payments for November '05 were: $323 to MBNA and $923.63 to Greenpoint.
- PT deposited $1240 on 12/12/05 for December '05 loan payments. The payments for December '05 were: $312 to MBNA and $893.94 to Greenpoint.
- PT deposited $1240 on 01/13/06 for January '06 loan payments. The payments for January '06 were: $332 to MBNA and $924.66 to Greenpoint.
- PT deposited $1240 on 02/13/06 for February '06 loan payments. The payments for February '06 were: $343 to MBNA and $1,019.18 to Greenpoint.
- PT deposited $1,350 on 03/16/06 for March '06 loan payments. The payments for March '06 were: $302 to MBNA and $920.55 to Greenpoint.
- PT deposited $1,350 on 04/19/06 for April '06 loan payments. The payments for April '06 were: $342 to MBNA and $1,019.18 to Greenpoint.
- PT deposited $1,240 on 05/09/06 for May '06 loan payments. The payments for May '06 were: $312 to MBNA and $949.31 to Greenpoint.
- PT deposited $1,400 on 06/20/06 for June '06 loan payments. The payments for June '06 were: $322 to MBNA and $1118.34 to Greenpoint.
- PT deposited $1,391.95 on 07/13/06 for July '06 loan payments. The payments for July '06 were: $342 to MBNA and $1047.95 to Greenpoint.
- PT deposited $1,456.73 on 08/15/06 for August '06 loan payments. The payments for August '06 were: $322 to MBNA and $1114.73 to Greenpoint.
- PT deposited $1,350 on 09/14/06 for September '06 loan payments. The payments for September '06 were: $341 to MBNA and $1,114.73 to Greenpoint.
- PT deposited $1,500 on 10/13/06 for October '06 loan payments. The payments for October '06 were: $341 to MBNA and $1,041.83 to Greenpoint.
- PT deposited $1,500 on 11/21/06 for November '06 loan payments. The payments for November '06 were: $311 to MBNA and $1,150.80 to Greenpoint.
- PT deposited $1,300 on 12/08/06 for December '06 loan payments. The payments for December '06 were: $321 to MBNA and $1,078.70 to Greenpoint.
- PT deposited $1,400 on 01/23/07 for January '07 loan payments. The payments for January '07 were: $321 to MBNA and $1,042.33 to Greenpoint.
- PT deposited $1,500 on 2/23/07 for February '07 loan payments. The payments for February '07 were: $351 to MBNA and $1,186.64 to Greenpoint.
- PT deposited $1,500 on 3/22/07 for March '07 loan payments. The payments for March '07 were: $300 to MBNA and $1,006.85 to Greenpoint.

- PT deposited $1,500 on 4/19/07 for April '07 loan payments. The payments for April '07 were: $340 to MBNA and $1,078.77 to Greenpoint.
- PT deposited NOTHING for May '07 loan payments. The payments for May '07 were: $310 to MBNA and $1,114.73 to Greenpoint.
- PT deposited NOTHING for June '07 loan payments. The payments for June '07 were: $320 to MBNA and $1,189.73 to Greenpoint.
- PT deposited NOTHING for July '07 loan payments. The payments for July '07 were: $341 to MBNA and $1,081.43 to Greenpoint.
- PT deposited $4,500 for May, June and July 2007 loan payments on August 13, 2007.
- PT deposited NOTHING for August '07 loan payments. The payments for August '07 were: $320 to MBNA and $1,150.68 to Greenpoint.
- PT deposited NOTHING for September '07 loan payments. The payments for September '07 were: $340 to MBNA and $1,114.73 to Greenpoint.
- PT deposited $1,500 for August '07 loan payments on September 30, 2007.
- PT deposited $1,500 for September '07 loan payments on October 16, 2007.
- PT deposited NOTHING for October '07 loan payments. The payments for October '07 were: $310 to MBNA and $1,006.65 to Greenpoint.
- PT deposited NOTHING for November '07 loan payments. The payments for November '07 were: $330 to MBNA and $1,118.83 to Greenpoint.
- PT deposited NOTHING for December '07 loan payments. The payments for December '07 were: $320 to MBNA and $986.30 to Greenpoint.
- PT deposited NOTHING for January '08 loan payments. The payments for January '08 were: $319 to MBNA and $1,019.18 to Greenpoint.
- PT deposited NOTHING for February '08 loan payments. The payments for February '08 were: $329 to MBNA and $987.33 to Greenpoint.

## SEE AGREEMENT UPDATES BELOW

## AGREEMENT UPDATES

- PT deposited $5,000 on 10/21/05 against the $359,002.49 amount. So, as of 10/21/05 this amount is $354,002.49.
- PT deposited $3,000 on December 14, 2005 while in Greece. Based on the agreement, he has to pay attorney fees which amount to over $4,000. So, this payment should be credited toward the attorney fees. Outstanding fees about $1,000 were paid by me.
- PT deposited $5,000 on 2/21/2006. So, as of this date he is in violation of his agreement by $20,000 and failure to have undertaken the Arizona condominium mortgage loan. His outstanding balance on the repayment agreement is $349,002.49 plus interest.
- PT deposited $5,000 on 3/13/2006. So, as of this date he is in violation of his agreement by $15,000 and failure to have undertaken the Arizona condominium mortgage loan. His outstanding balance on the repayment agreement is $344,002.49 plus interest.
- PT deposited $5,000 on 3/27/2006. So, as of this date he is in violation of his agreement by $10,000 and failure to have undertaken the Arizona condominium mortgage loan. His outstanding balance on the repayment agreement is $339,002.49 plus interest.

- PT deposited $5,000 on 7/12/2006. So, as of this date he is in violation of his agreement by $35,000 and failure to have undertaken the Arizona condominium mortgage loan. His outstanding balance on the repayment agreement is $334,002.49 plus interest.

Callkey related Transaction Details:

1. To Arizona (Compass) Bank for ENVIRO, 2/7/03, $20,000 (Cash from Merill Lynch)
2. To Arizona (Compass) Bank for ENVIRO, 2/10/03, $5,000 (Paid to and sent by Euroamericana, Wells Fargo #2173)
3. To M&I Marshall & Ilsley Bank for ENVIRO, 4/2/03, $20,000 (Cash from Merill Lynch)
4. To M&I Marshall & Ilsley Bank for ENVIRO, 4/10/03, $12,000 (Cash from Merill Lynch)
5. To SEPT, LLC , 4/16/03, $10,000 (E*TRADE check #1009)
6. To Euroamericana who transferred to SEPT, 4/24/03, $6,000 (Wells Fargo #2196)
7. To Euroamericana who transferred to SEPT, 4/24/03, $30,000 (Wells Fargo #2197)
8. Cash to Peter, $2,000
9. To Euroamericana who transferred to SEPT, 5/11/03, $60,000 (Escrow check from Greenpoint Mortgage)
10. To Euroamericana who transferred to SEPT, 5/14/03, $35,000 (Wells Fargo #2206)
11. To SEPT, 5/28/03, $35,000 (Greenpoint check #1)
12. To Euroamericana who transferred to SEPT, 5/31/03, $35,000 (Greenpoint check #2)
13. To SEPT, 6/03/03, $5,000 (Wells Fargo #2218)
14. To Euroamericana who transferred to SEPT, 7/07/03, $10,000 (Wells Fargo #2239)
15. To Euroamericana who transferred to SEPT, 8/06/03, $25,000 (Wells Fargo #2240)
16. To Euroamericana who transferred to SEPT, 8/12/03, $4,000 (Wells Fargo #2241)
17. To Euroamericana who transferred to SEPT, 9/25/03, $15,000 (Greenpoint check #3)
18. To Euroamericana, SEPT debt payback, 10/16/03, $5,000 (Wells Fargo # 2258) to be credited against Spyros' capitalization balance in SEPT.
19. To Euroamericana, SEPT debt payback, 10/16/03, $20,000 (ML # 126) to be credited against Spyros' capitalization balance in SEPT.