1  WILLIAM E. ADAMS #153330
   SHARRON W. GELOBTER #226936
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California 94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: wadams@fablaw.com
5         sgelobter@fablaw.com

6  Attorneys for Defendant PETER TSAKANIKAS

7

8               UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10 SPYROS ECONOMIDES,                  Case No.: C07-06335 JSW

11         Plaintiff,                  (Civil L.R. 11-5)

12      vs.                            NOTICE OF MOTION AND MOTION TO
                                       WITHDRAW AS ATTORNEYS OF
13 PETER TSAKANIKAS, and DOES 1 through RECORD FOR DEFENDANT PETER
   XXV,                                TSAKANIKAS
14
           Defendant.                  Date:      December 12, 2008
15                                     Time:      9:00 a.m.
                                       Courtroom: 2
16                                     Judge:     Hon. Jeffrey S. White

17

18      TO PLAINTIFF SPYROS ECONOMIDES AND HIS ATTORNEY OF RECORD
19 HEREIN:
20

21      YOU ARE HEREBY NOTIFIED that on December 12, 2008, at 9:00 a.m., or as soon
22 thereafter as may be heard, FITZGERALD ABBOTT & BEARDSLEY LLP ("FITZGERALD
23 ABBOTT & BEARDSLEY"), counsel for Defendant PETER TSAKANIKAS
24 ("TSAKANIKAS") moves, pursuant to Civil Local Rule 11-5, for an order relieving it as
25
   counsel for TSAKANIKAS.
26

27                                    1.
28 NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD
      FOR DEFENDANT PETER TSAKANIKAS, CASE NO. C07-06335 EDL
   8/26/08 (25069) #315296.1

I.  **MEMORANDUM OF POINTS AND AUTHORITIES**

Good cause exists for this application as Tsakanikas has repeatedly failed to maintain regular communications with Fitzgerald Abbott & Beardsley, and as a result Fitzgerald Abbott & Beardsley has been unable to prepare an adequate defense to this action, or to provide timely and satisfactory responses as required in this case. From the very beginning of representation Tsakanikas went to Greece to address family matters and has been sporadically present in the United States, thus it has been difficult to schedule meetings and hearings with him and to secure documents potentially relevant to the action. Prior court decisions have held that lack of cooperation by a client with its counsel, including lack of effective communication, is adequate reason for permitting withdrawal. See *Fischer v. Biman Bangladesh Airlines*, 1997 WL 411446 (S.D.N.Y.).

Furthermore, Tsakanikas has failed to abide by the terms of a written fee agreement between Tsakanikas and Fitzgerald Abbott & Beardsley. It is well established that a client's actions in derogation of a written fee agreement is a valid basis for the Court to grant counsel's motion to withdraw. *Id*. Non-cooperation of a client, consisting of failure to effectively communicate with counsel and failure of that client to abide by the terms of the written fee agreement, constitutes good cause for a court order authorizing an attorney's request to withdraw representation. *Statue of Liberty--Ellis Island Foundation, Inc. v. International United Industries, Inc.*, 110 F.R.D. 395, 397 (S.D.N.Y. 1986).

Additionally, neither Plaintiff's nor Tsakanikas' interests will be prejudiced by Tsakanikas being required to obtain substitute counsel. This case is still in its early stages. No discovery has yet been conducted, a trial date has not been set and the parties have been ordered to mediation which has not yet commenced. Thus, withdrawal would not substantially

2.

NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD
FOR DEFENDANT PETER TSAKANIKAS, CASE NO. C07-06335 EDL

8/26/08 (25069) #315296.1

"affect the administration of justice" in this case. *Portsmouth Redevelopment & Housing Auth. V. BMI Apartments Assocs.* 851 F. Supp. 775, 787 (E.D.Va 1994).

Fitzgerald Abbott & Beardsley has given Tsakanikas alternatives to resolve the deficiencies in both cooperation with counsel and compliance with the fee agreement prior to bringing this motion. Additionally, Tsakanikas has been reasonably notified of Fitzgerald Abbott & Beardsley's intent to withdraw as counsel in this case if the deficiencies were not resolved and of his need to seek substitute counsel or to substitute in propria persona. This information was communicated both verbally and in writing, as required by Local Rule 11-5(a).

The primary method of communication with Tsakanikas during his representation by Fitzgerald Abbott & Beardsley has been by e-mail as Mr. Tsakanikas has mostly been in Greece since the beginning of Fitzgerald Abbott & Beardsley's representation of him and has not provided a physical address there.

The declaration of William E. Adams in support of this motion, the declaration of Sharron Williams Gelobter in support of this motion and the proposed order granting Fitzgerald Abbott & Beardsley's withdrawal as counsel are submitted herewith.

## II.   CONCLUSION

For the reasons stated above, Fitzgerald Abbott & Beardsley LLP requests that the Court grant its motion to withdraw as counsel for Peter Tsakanikas effective on December 12, 2008.

Date:   August 26, 2008

Respectfully submitted,
FITZGERALD, ABBOTT & BEARDSLEY, LLP

By_____
Sharron Williams Gelobter
Attorneys for Defendant
Peter Tsakanikas

3.
NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD
FOR DEFENDANT PETER TSAKANIKAS, CASE NO. C07-06335 EDL
8/26/08 (25069) #315296.1