WILLIAM E. ADAMS #153330
SHARRON W. GELOBTER #226936
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: wadams@fablaw.com
         sgelobter@fablaw.com

Attorneys for Defendant PETER TSAKANIKAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| SPYROS ECONOMIDES,<br><br>    Plaintiff,<br><br>    vs.<br><br>PETER TSAKANIKAS, and DOES 1 through XXV,<br><br>    Defendant. | Case No.: C07-06335 JSW<br><br>(Civil L.R. 11-5)<br><br>DECLARATION OF WILLIAM E. ADAMS IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANT PETER TSAKANIKAS<br><br>Date:    December 12, 2008<br>Time:    9:00 a.m.<br>Courtroom: 2<br>Judge:   Hon. Jeffrey S. White |

I, William E. Adams, declare as follows:

1.   I am a member in good standing of the Bar of the State of California and admitted to practice in the United States District Court, Northern District of California. I am a partner with the law firm of Fitzgerald Abbott & Beardsley LLP and an attorney of record for the defendant Peter Tsakanikas ("Tsakanikas") in the above-referenced action.

2.   I have been the attorney in my law firm with primary responsibility for the above-captioned matter.

3.   I have communicated both verbally and in writing with Peter Tsakanikas advising him that Fitzgerald Abbott & Beardsley LLP would withdraw from representing him

---
1.
DECLARATION OF WILLIAM E. ADAMS IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANT PETER TSAKANIKAS, CASE NO. C07-06335 EDL

8/26/08 (25069) #288052.1

1  in this matter due to his extended periods of unavailability and failure to abide by the written
2  fee agreement between himself and Fitzgerald Abbott & Beardsley LLP. I also informed Mr.
3  Tsakanikas of the procedures that this firm will follow in seeking to withdraw from
4  representation.
5      4.      I provided Mr. Tsakanikas with a reasonable period of time to secure new legal
6  representation, and also offered Mr. Tsakanikas the opportunity to substitute in propia persona
7  to avoid this motion. Mr. Tsakanikas has not notified me of new counsel or agreed to represent
8  himself in this matter.
9      I declare under penalty of perjury under the laws of the State of California that the
10 foregoing is true and correct.

Executed this 26 day of August, 2008, in Oakland, California.

_____
William E. Adams

2.
DECLARATION OF WILLIAM E. ADAMS IN SUPPORT OF MOTION TO WITHDRAW
AS ATTORNEYS OF RECORD FOR DEFENDANT PETER TSAKANIKAS, CASE NO.
C07-06335 EDL

8/26/08 (25069) #288052.1