WILLIAM E. ADAMS #153330
SHARRON W. GELOBTER #226936
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: wadams@fablaw.com
       sgelobter@fablaw.com

Attorneys for Defendant PETER TSAKANIKAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| SPYROS ECONOMIDES, | Case No.: C07-06335 JSW |
| Plaintiff, | (Civil L.R. 11-5) |
| vs. | DECLARATION OF SHARRON WILLIAMS GELOBTER IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANT PETER TSAKANIKAS |
| PETER TSAKANIKAS, and DOES 1 through XXV, | |
| Defendant. | Date:       December 12, 2008 |
| | Time:       9:00 a.m. |
| | Courtroom: 2 |
| | Judge:      Hon. Jeffrey S. White |

I, Sharron Williams Gelobter, declare as follows:

1.      I am a member in good standing of the Bar of the State of California and admitted to practice in the United States District Court, Northern District of California. I am an associate with the law firm of Fitzgerald Abbott & Beardsley LLP and an attorney of record for the defendant Peter Tsakanikas ("Tsakanikas") in the above-referenced action.

2.  I have worked closely with partner William Adams on the above-captioned matter. Our primary method of communication with Mr. Tsakanikas has been via email.

1.

DECLARATION OF SHARRON WILLIAMS GELOBTER IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANT PETER TSAKANIKAS, CASE NO. C07-06335 EDL

8/26/08 (25069) #304343.1

1    3.  Mr. Tsakanikas has been absent from the United States for extended periods.  As a

2    result, we have been unable to prepare adequate or substantive responses to the pending action

3    filed against him.

4    4.    Mr. Tsakanikas has likewise failed to abide by the terms of the written fee

5    agreement between himself and Fitzgerald Abbott & Beardsley LLP.

6    5.    The court set a deadline of August 25, 2008 to complete mediation, but due to

7    Mr. Tsakanikas' unavailability we were unable to secure a date certain on which to conduct the

8    mediation.  Thus that date has come and gone.

9    6.    I have personally on numerous occasions contacted Mr. Tsakanikas to inform

10   him of his need to provide dates of availability as well as potentially responsive documents, but

11   he failed to provide either.

12   I declare under penalty of perjury under the laws of the State of California that the

13   foregoing is true and correct.

14

15   Executed this 26 day of August, 2008, in Oakland, California.

16

17   _____

18   Sharron Williams Gelobter

19

20

21

22

23

24

25

26

27

28

2.

DECLARATION OF SHARRON WILLIAMS GELOBTER IN SUPPORT OF MOTION TO
WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANT PETER TSAKANIKAS,
CASE NO. C07-06335 EDL