1  WILLIAM E. ADAMS #153330
   SHARRON W. GELOBTER #226936
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California  94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: wadams@fablaw.com
5        sgelobter@fablaw.com

6  Attorneys for Defendant PETER TSAKANIKAS

7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| 10  SPYROS ECONOMIDES, | Case No.: C07-06335 JSW |
| 11          Plaintiff, | (Civil L.R. 11-5) |
| 12          vs. | [PROPOSED] ORDER GRANTING |
| 13  PETER TSAKANIKAS, and DOES 1 through | FITZGERALD ABBOTT & BEARDSLEY LLP'S MOTION TO WITHDRAW AS |
| XXV, | COUNSEL OF RECORD FOR |
| 14 | DEFENDANT PETER TSAKANIKAS |
| 15          Defendant. | |
| | Date:        December 12, 2008 |
| 16 | Time:        9:00 a.m. |
| | Courtroom: 2 |
| 17 | Judge:       Hon. Jeffrey S. White |

18

19      The motion of Fitzgerald Abbott & Beardsley LLP, counsel for defendant Peter

20  Tsakanikas, to withdraw as counsel for Peter Tsakanikas pursuant to Local Rule 11-5 came on

21  regularly for hearing in this Court on December 12, 2008.

22      The Court having reviewed and considered the papers filed, and having heard the

23  argument of counsel, and for good cause showing,

24
25      IT IS HEREBY ORDERED that Fitzgerald Abbott & Beardsley LLP's motion to

26  withdraw as counsel for Peter Tsakanikas is GRANTED.

27      IT IS FURTHER ORDERED that Fitzgerald Abbott & Beardsley LLP shall serve Peter

28

                                  1.
                                ORDER

1    Tsakanikas with a copy of the Court's decision by email, and file a proof of such service on

2    Peter Tsakanikas with the Court.

3

4    Date: _____, 2008    _____

5                             JEFFREY S. WHITE
                             United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.
ORDER