```
 1  WILLIAM E. ADAMS #153330
    SHARRON W. GELOBTER #226936
 2  FITZGERALD ABBOTT & BEARDSLEY LLP
    1221 Broadway, 21st Floor
 3  Oakland, California 94612
    Telephone: (510) 451-3300
 4  Facsimile: (510) 451-1527
    Email: wadams@fablaw.com
 5         sgelobter@fablaw.com

 6  Attorneys for Defendant PETER TSAKANIKAS

 7

 8              UNITED STATES DISTRICT COURT

 9       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10  SPYROS ECONOMIDES,            Case No.: C07-06335 JSW

11        Plaintiff,              PROOF OF SERVICE

12     vs.

13  PETER TSAKANIKAS, and DOES 1 through
    XXV,
14
          Defendant.
15
```

1.
PROOF OF SERVICE, CASE NO. C07-06335 EDL

8/26/08 (25069) #288052.1

## PROOF OF SERVICE - F.R.C.P. §5

I, the undersigned, declare: I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. I am employed by Fitzgerald Abbot & Beardsley LLP, located at 1221 Broadway, 21st Floor, Oakland, CA 94612.

On **August 26, 2008**, I served a true and correct copy of the following document(s):

1. NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANT PETER TSAKANIKAS;

2. DECLARATION OF WILLIAM E. ADAMS IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANT PETER TSAKANIKAS;

3. DECLARATION OF SHARRON WILLIAMS GELOBTER IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANT PETER TSAKANIKAS;

4. [PROPOSED] ORDER GRANTING FITZGERALD ABBOTT & BEARDSLEY LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT PETER TSAKANIKAS; and

5. PROOF OF SERVICE.

on the following interested parties, by causing service by the method indicated below:

| Peter Tsakanikas<br>6655 North Canyon Crest Drive<br>Tucson, AZ 85750 | Peter Tsakanikas<br>petertsakanikas@gmail.com |
|---|---|

| | |
|---|---|
| X | U.S. Mail - By placing a copy of said document(s) in a sealed envelope addressed as stated above, with postage thereon fully prepaid, and depositing said envelope today with the U.S. Postal Service, following this firm's business practices. |
| | Overnight Delivery - By placing a copy of said document(s) in a sealed pre-paid overnight envelope or package and depositing said envelope or package today in a box or other facility regularly maintained by the express service carrier, following this firm's business practices. |
| | Personal Service - By personally delivering said documents(s) in an envelope or package clearly labeled to identify the attorney/party located at the office(s) of the addressee(s) stated above. |
| | Facsimile - By placing a true copy thereof into a facsimile machine to the fax number stated above, as agreed upon, in writing, by the parties. |
| X | Email - By placing a true copy thereof into .pdf format and forwarding via email. |

Proof of Service

8/26/08 (25069) #288051.1

1  I declare under the penalty of perjury under laws of the State of California that the
2  foregoing is true and correct.  Executed on August 26, 2008 at Oakland, California.

3

4
   Marie V. Erickson                              _____
5  Print Name of Person Who Served Papers         Signature of Person Who Served Papers

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                              Proof of Service

8/26/08 (25069) #288051.1