1  WILLIAM E. ADAMS #153330
   SHARRON W. GELOBTER #226936
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California 94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: wadams@fablaw.com
5         sgelobter@fablaw.com

6  Attorneys for Defendant PETER TSAKANIKAS

7

8                   UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10 | SPYROS ECONOMIDES,                | Case No.: C07-06335 JSW |
   |-----------------------------------|-------------------------|
11 | Plaintiff,                        | **PROOF OF SERVICE**    |
12 | vs.                               |                         |
13 | PETER TSAKANIKAS, and DOES 1 through XXV, | |
14 | Defendant.                        |                         |

1.
PROOF OF SERVICE, CASE NO. C07-06335 JSW

8/27/08 (25069) #288052.1

## PROOF OF SERVICE - F.R.C.P. §5

I, the undersigned, declare: I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. I am employed by Fitzgerald Abbot & Beardsley LLP, located at 1221 Broadway, 21st Floor, Oakland, CA 94612.

On **August 27, 2008,** I served a true and correct copy of the following document(s):

**1. ORDER SETTING BRIEFING SCHEDULE ON MOTION TO WITHDRAW; and**

**2. PROOF OF SERVICE.**

on the following interested parties, by causing service by the method indicated below:

| Peter Tsakanikas<br>6655 North Canyon Crest Drive<br>Tucson, AZ 85750 | Peter Tsakanikas<br>petertsakanikas@gmail.com |
|---|---|

| | |
|---|---|
| X | U.S. Mail - By placing a copy of said document(s) in a sealed envelope addressed as stated above, with postage thereon fully prepaid, and depositing said envelope today with the U.S. Postal Service, following this firm's business practices. |
|  | Overnight Delivery - By placing a copy of said document(s) in a sealed pre-paid overnight envelope or package and depositing said envelope or package today in a box or other facility regularly maintained by the express service carrier, following this firm's business practices. |
|  | Personal Service - By personally delivering said documents(s) in an envelope or package clearly labeled to identify the attorney/party located at the office(s) of the addressee(s) stated above. |
|  | Facsimile - By placing a true copy thereof into a facsimile machine to the fax number stated above, as agreed upon, in writing, by the parties. |
| X | Email - By placing a true copy thereof into .pdf format and forwarding via email. |

I declare under the penalty of perjury under laws of the State of California that the foregoing is true and correct. Executed on August 27, 2008 at Oakland, California.

Marie V. Erickson
Print Name of Person Who Served Papers

Signature of Person Who Served Papers

Proof of Service

8/27/08 (25069) #288051.1