<u>VIA FACSIMILE AND E-MAIL</u>

July 15, 2008

William E. Adams, Esq.
Sharron Williams Gelobter, Esq.
Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Flr.
Oakland, CA 94612
wadams@fablaw.com
sgelobter@fablaw.com

Re:   *Spyros Economides v. Peter Tsakanikas, et al.*

Dear Counsel:

    Now that the court has vacated its judgment dismissing the action in the above-referenced matter, please provide us with defendant's initial disclosures pursuant to Federal Rules of Civil Procedure, Rule 26.

    To date we have not received any documents from you or any of the other disclosures mandated by the rule. Additionally, please contact me at your very earliest convenience to prepare and file a joint case management statement as expeditiously as possible.

    Finally, I would like you to propose some dates that are convenient to you and your client to mediate the case and to take the defendant's deposition in the event we are unsuccessful in settling the case at mediation.

    Thank you for your continuing courtesy relating to this matter.

                                      Sincerely,

                                        Nick T. Reckas

NTR:sg

Exhibit A

LAW OFFICES OF NICK T. RECKAS
336 Bon Air Center, #296
Greenbrae, CA 94904
(415) 464-5400
nreckaslaw@aol.com

VIA FACSIMILE AND E-MAIL

August 15, 2008

William E. Adams, Esq.
Sharron Williams Gelobter, Esq.
Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Flr.
Oakland, CA 94612
wadams@fablaw.com
sgelobter@fablaw.com

Re:   ***Spyros Economides v. Peter Tsakanikas, et al.***

Dear Counsel:

Approximately a month ago we wrote to you regarding the following subjects:

a)   Service of defendant's initial disclosures pursuant to Federal Rules of Civil Procedure, Rule 26;

b)   Contacting the undersigned regarding the preparation and filing of a Joint Case Management Statement;

c)   Discussing mutually convenient dates to mediate the case and, if the mediation proves to be unsuccessful, scheduling the defendant's depositions.

To date, we have not heard from you. Please contact the undersigned at your very earliest convenience.

Thank you for your continuing courtesy relating to this matter.

                                    Sincerely,


                                    Nick T. Reckas

NTR:sg

Exhibit B

**From:** William E. Adams <wadams@fablaw.com>
**To:** nreckaslaw@aol.com
**Subject:** Re: ECONOMIDES
**Date:** Sat, 16 Aug 2008 9:46 am

```
Mr. Reckas:

We are no longer representing Mr. Tsakanikas in this matter. A substitution will
be filed shortly.  As we currently do not know who will be representing his
interests, we are unable to provide you with contact information. We will
promptly provide same if we learn who it is before the substitution is filed.
William E. Adams

----- Original Message -----
From: nreckaslaw@aol.com <nreckaslaw@aol.com>
To: William E. Adams; Sharron W. Gelobter
Sent: Fri Aug 15 16:04:00 2008
Subject: ECONOMIDES



It's time to go back to school! Get the latest trends and gadgets that make the
grade on AOL Shopping <http://shopping.aol.com/back-to-school?ncid=aolins00050000000007>
.
```

Exhibit C