NICK T. RECKAS SBN 67235
Law Office of Nick T. Reckas
336 Bon Air Center, #296
Greenbrae, CA 94904
Telephone: (415) 464-0913
Facsimile: (415) 464-9801
nreckaslaw@aol.com
Attorneys for Plaintiff
SPYROS ECONOMIDES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPYROS ECONOMIDES,<br><br>Plaintiff,<br><br>vs.<br><br>PETER TSAKANIKAS, and DOES I through XXV,<br><br>Defendants. | Case No.: C 07-06335JSW<br><br>**STATEMENT OF NO OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT PETER TSAKANIKAS**<br><br>Date:      Dec.12, 2008<br>Time:     9:00 a.m.<br>Courtrm.: 2<br>Judge:    Hon. Jeffrey S. White |

TO DEFENDANT PETER TSAKANIKAS AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff SPYROS ECONOMIDES has no opposition to defendant PETER TSAKANIKAS' attorneys' motion to withdraw as counsel of record for defendant PETER TSAKANIKAS.

Respectfully submitted,

DATED: September 12, 2008

LAW OFFICES OF NICK T. RECKAS

By: /s/ Nick T. Reckas
NICK T. RECKAS,
Attorney for Plaintiff
SPYROS ECONOMIDES

1

STATEMENT OF NO OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL OF RECORD

## PROOF OF SERVICE

I declare that: I work in the County of Marin, California. I am over the age of eighteen years and not a party of the within entitled cause.

On September 12, 2008, I served the attached:

**STATEMENT OF NO OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT PETER TSAKANIKAS**

on the parties herein in said cause via the following means:

[ ]    FIRST CLASS MAIL – I placed sealed, postage prepaid envelopes in First Class Mail for delivery in said city, addressed as follows:

[ ]    OVERNIGHT MAIL – (Federal Express) I placed sealed, postage prepaid envelopes in Overnight Mail for delivery in said city, addressed as follows:

[ ]    FACSIMILE TRANSMISSION – I delivered them by electronic facsimile transmission to the following individuals:

[XX]    E-MAIL – by placing a true copy thereof into PDF format and forwarding via e-mail to the following individuals:

William E. Adams, Esq.
Sharron Williams Gelobter, Esq.
Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Flr.
Oakland, CA  94612
wadams@fablaw.com
sgelobter@fablaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 12, 2008, at San Rafael, California.

_____
Suzanne Gamlen

STATEMENT OF NO OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL OF RECORD