WILLIAM E. ADAMS #153330
SHARRON W. GELOBTER #226936
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: wadams@fablaw.com
    sgelobter@fablaw.com

Attorneys for Defendant PETER TSAKANIKAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| SPYROS ECONOMIDES,<br><br>    Plaintiff,<br><br>  vs.<br><br>PETER TSAKANIKAS, and DOES 1 through XXV,<br><br>    Defendant. | Case No.: C07-06335 EDL<br><br>NOTICE OF SUBSTITUTION OF <u>COUNSEL</u> AND ORDER THEREON |

Peter Tsakanikas, hereby substitutes in propria persona, in place of Fitzgerald Abbott & Beardsley LLP, William E. Adams, Esq. and Sharron W. Gelobter, Esq. as his counsel of record in this action.

We accept this substitution.

Dated: September 18, 2008        PETER TSAKANIKAS

                    By _____
                       Peter Tsakanikas

We consent to this substitution.

Dated: September 16, 2008        FITZGERALD ABBOTT & BEARDSLEY LLP

                    By _____
                       William E. Adams

This resolves the pending motion to withdraw as attorney and therefore the hearing date of December 12, 2008 is HEREBY VACATED.

Dated: September 19, 2008

[APPROVED stamp: Judge Jeffrey S. White, United States District Court, Northern District of California]

NOTICE OF SUBSTITUTION OF COUNSEL, CASE NO. C07-06335 EDL
9/18/08 (25069) #316906.1