NICK T. RECKAS SBN 67235
Law Office of Nick T. Reckas
336 Bon Air Center, #296
Greenbrae, CA 94904
Telephone: (415) 464-0913
Facsimile:  (415) 464-9801
nreckaslaw@aol.com
Attorneys for Plaintiff
SPYROS ECONOMIDES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPYROS ECONOMIDES,<br><br>              Plaintiff,<br><br>     vs.<br><br>PETER TSAKANIKAS, and DOES I through XXV,<br><br>              Defendants. | Case No.: C 07-06335JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED PROCEEDINGS** |

WHEREAS, on October 3, 2008, the court re-referred the above-entitled action to mediation to be completed by December 2, 2008;

WHEREAS, the court further ordered that in the event the parties could not settle the case through mediation, to submit a status report (with plan of action and proposed deadlines) by December 12, 2008;

WHEREAS, the court further ordered that a further case management conference be held on Friday, December 19, 2008 at 1:30 p.m. in Courtroom 2 before the Hon. Jeffrey S. White;

WHEREAS, on October 29, 2008, Robin W. Siefkin, ADR Program Staff Attorney, informed the parties that she had been unable to reach Michael R. Sobel (the previous mediator

appointed by the court to mediate the case) to schedule a mediation session with Mr. Sobel before the expiration of the deadline imposed by the court;

WHEREAS, Ms. Siefkin further informed the undersigned parties that it would be very difficult, in view of the holiday season, to secure the services of another mediator and complete the mediation by December 2, 2008;

Now, in light of the foregoing, plaintiff SPYROS ECONOMIDES and defendant PETER TSAKANIKAS, who are all of the parties to this action, stipulate as follows:

1.  The date to complete mediation is extended to January 30, 2009;

2.  The status report (with plan of action and proposed deadlines) shall be due on Monday, February 9, 2009; and

3.  A further case management conference shall be held on Friday, February 20, 2009 or any other date which is convenient to the court.

IT IS SO STIPULATED

DATED: November    , 2008        LAW OFFICES OF NICK T. RECKAS


                                 By: _____
                                     NICK T. RECKAS
                                     Attorney for Plaintiff
                                     SPYROS ECONOMIDES


Dated: _____         PETER TSAKANIKAS IN PROPRIA PERSONA


                                 By: _____
                                     PETER TSAKANIKAS

1 ~~[PROPOSED]~~ ORDER

2    IT IS HEREBY ORDERED as follows:

3    1.   The parties are re-referred to court mediation to be completed by January 29, 2009;

4    2.   A status report (with plan of action and proposed deadlines) shall be filed on
February 9, 2009; and

3.   A further case management conference shall be held on Friday, February 20, 2009 at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated: November 7, 2008          By: _____ /s/ Jeffrey S. White _____
                                     THE HONORABLE JEFFREY S. WHITE
                                     United States District Court Judge