**United States District Court**
For the Northern District of California

1

2

3

4            IN THE UNITED STATES DISTRICT COURT

5

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7    SPYROS ECONOMIDES,

8            Plaintiff,                         No. C 07-06335 JSW

9        v.

10   PETER TSAKANIKAS,                          **ORDER REQUIRING
                                                 STIPULATION OF DISMISSAL**
11           Defendant.

12   _____/

13          Now before the Court is a filing entitled "Status Report" filed by Plaintiff Spyros

14   Economides indicating that the parties have reached a settlement.  Accordingly, the parties are

15   HEREBY ORDERED to submit a stipulation of dismissal, with the terms of their settlement

16   attached, by no later than February 20, 2009.  The Court requires the terms of the settlement in

17   writing and signed by both parties; there is no need to place the terms of the settlement orally on

18   the record.  Therefore, the case management conference set for February 29, 2009 at 1:30 p.m.

19   is HEREBY VACATE.

20

21          **IT IS SO ORDERED.**

22

23   Dated:  February 10, 2009

                                                 _____
24                                               JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE
25

26

27

28

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SPYROS ECONOMIDES,

                Plaintiff,

   v.

PETER TSAKANIKAS et al,

                Defendant.

                                         /

Case Number: CV07-06335 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter Tsakanikas
6655 N. Canyon Crest Drive # 3215
Tucson, AZ 85718

Dated: February 10, 2009

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk