1  NICK T. RECKAS SBN 67235
   Law Offices of Nick T. Reckas
2  336 Bon Air Center, #296
   Greenbrae, CA 94904
3  Telephone: (415) 464-0913
4  Facsimile: (415) 464-9801
   nreckaslaw@aol.com
5  Attorneys for Plaintiff
   SPYROS ECONOMIDES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPYROS ECONOMIDES, | ) Case No.: C 07-06335 JSW |
| Plaintiff, | ) STIPULATION OF DISMISSAL |
| v. | ) [Federal Rules of Civil Procedure 41(a)(1)(ii)] |
| PETER TSAKANIKAS, et al., | ) |
| Defendants. | ) |

The undersigned parties have stipulated to dismiss this action without prejudice according to the terms of the Settlement Agreement attached to the proposed Stipulated Order and incorporated by reference in that Order made fully a part of it.

Dated: February 20, 2009          By: /s/ Spyros Economides
                                      Spyros Economides
                                      Plaintiff

Dated: February 19, 2009          By: /s/ Peter Tsakanikas
                                      Peter Tsakanikas
                                      Defendant

STIPULATION OF DISMISSAL

Case 3:07-cv-06353-SI Document 162 Filed 02/23/2009 Page 2 of 17
Case 3:07-cv-06353-JSW Document 162 Filed 02/23/2009 Page 2 of 18

FEB-17-2009 TUE 12:33 PM LAW OFFICES  FAX NO. 14154649801  P. 04

1 | Approved as to form:

4           LAW OFFICES OF NICK T. RECKAS

6 | Dated: February __19__, 2009  By: _____
7           Nick T. Reckas,
          Attorney for Plaintiff
8           Spyros Economides

12 | Dated: February __19__, 2009  BELLOVIN & KARNAS P.C.

14           By: _____
          Lenore Tsakanikas
15           Attorney for Defendant
          Peter Tsakanikas

### ~~PROPOSED~~ ORDER

The court has reviewed the Stipulation set forth above, and the terms and conditions of the Settlement Agreement attached to this Order as Exhibit "A" and incorporated in this Order as if fully set forth in it. Good cause appearing,

IT IS ORDERED that:

1. This matter is dismissed without prejudice;
2. The dismissal is expressly conditioned on the terms and conditions of the Settlement Agreement attached to and incorporated in this Order;

/
/

3. The Court retains jurisdiction of this matter for the purposes of taking any action needed to enforce the terms of the attached Settlement Agreement, which is a part of this Order; and

4. Each party is to bear its own costs, as provided for in this Settlement Agreement.

Dated: February 23, 2009

*Jeffrey S White*

JEFFREY S. WHITE
JUDGE, UNITED STATES DISTRICT JUDGE

# EXHIBIT A

[To be Inserted]

# SETTLEMENT AGREEMENT

This Settlement Agreement is entered into by and between plaintiff Spyros Economides ("Economides") and defendant Peter Tsakanikas ("Tsakanikas") as of February 19, 2009.

## I.   RECITALS

A.   WHEREAS, on August 16, 2007, Economides filed a lawsuit against Tsakanikas entitled *Spyros Economides vs. Peter Tsakanikas*, in the Alameda Superior Court, Case No. PG 07340996, alleging the following causes of action: (1) common law fraud; (2) breach of contract; and (3) conversion ("the Action").

B.   WHEREAS, on or about February 5, 2008, Tsakanikas appeared in the Action and removed it to the United States District Court for the Northern District of California, where it has been assigned to the Honorable Jeffrey S. White as Case No.: C07-06335JSW.

C.   WHEREAS, Economides and Tsakanikas settled the Action through the court's ADR Program. The key provisions of the settlement are memorialized in a letter dated February 4, 2009 signed by the parties counsel and consented to by the parties. A copy of said letter is attached hereto as Exhibit 1 and incorporated by reference.

D.   WHEREAS, Economides and Tsakanikas now desire to formally document and settle all claims between them that arise out of or relate to the Action on the following terms.

E.   WHEREAS, Economides and Tsakanikas further desire to have the Court enter a dismissal of this action incorporating the terms and conditions stated herein and further subject to the Court's continuing jurisdiction to enforce the terms and conditions of this Settlement Agreement (the "Order of Dismissal").

NOW THEREFORE, THE PARTIES AGREE AS FOLLOWS:

## II.   TERMS

1.   <u>Conveyance of Townhouse.</u>

Within sixty-days (60) after the entry of the Order of Dismissal, Tsakanikas will convey or cause to be conveyed by warranty or grant deed to Economides full fee simple title to and possession of the townhouse located at 4741 East Calle Elegante, Tuscon, AZ 85718 (the "Townhouse") subject to the following conditions:

(a).   At the time of the conveyance the total liens and encumbrances recorded against the Townhouse shall not exceed $65,340.39.

1

    (b)    Economides shall have the right to inspect and approve of the physical condition and legal title of the Townhouse.

    2.    <u>Termination of Settlement Agreement if Conditions for Conveyance of Townhouse Not Met</u>.

This Settlement Agreement shall be null and void and Economides may resume prosecution of this action if at the end of such 60 day period any one of the following events occurs:

    (a)    Tsakanikas cannot convey to Economides good fee simple title to the Townhouse;

    (b)    Tsakanikas or any other person remains in possession of the Townhouse as a tenant or otherwise;

    (c)    The total encumbrances recorded against the Townhouse exceed $65,340.39; or

    (d)    Based upon the condition of title and the physical condition of the Townhouse, Economides does not approve or accept conveyance of the Townhouse.

    3.    <u>Payment by Tsakanikas to Economides</u>.

In addition to the conveyance of the Townhouse as described above, Tsakanikas shall pay Economides one hundred twenty-five thousand dollars ($125,000.00) payable as follows:

| A. | Within ninety-days (90) after entry of the Order of Dismissal. | $35,000 |
|----|---|---|
| B. | On or before October 31, 2009. | $30,000 |
| C. | On or before March 31, 2010 | $30,000 |
| D. | On or before October 31, 2010 | $30,000 |

All payments shall be made in the form of cashier's check payable to "Spyros Economides." The payment will be made by certified or overnight mail and will be sent to Nick T. Reckas, attorney at law, at the following address or any other

address designated by Economides in the future: 336 Bon Air Center, Suite 296, Greenbrae, CA 94904.

4. <u>Economides to Be Released from Wells Fargo Mortgage</u>

Within one year after the entry of Order of Dismissal Tsakanikas shall have taken all necessary action to release Economides from all obligations under the Wells Fargo Bank Note which is secured by the condominium located at 6655 N. Canyon Crest, #3215, Tuscon, AZ 85750 ("Condominium"). Tsakanikas shall retain possession and title to the Condominium.

5. <u>Entry of Judgment in the Event of Breach; Return of Unentered Judgment</u>

The parties shall upon execution of this Settlement Agreement execute a stipulated judgment in the form attached hereto as Exhibit 2 (the "Judgment"). Economides may, without notice to Tsakanikas apply to the Court to enter the Judgment if Tsakanikas breaches this Settlement Agreement by either failing to (a) make any of the payments as specified in Paragraph 3 above or (b) release Economides from all liability arising from the Wells Fargo Bank Note as specified in Paragraph 4 above. Economides may apply to the Court to enter the Judgment regardless of any amount previously paid by Tsakanikas pursuant to the term of this Settlement Agreement.

Once Tsakanikas fully performs his obligations under Paragraphs 3 and 4 above, Economides shall deliver to Tsakanikas the original executed copy of the Judgment.

6. <u>Settlement Agreement Contingent Upon Court's Entry of Order of Dismissal Providing for Court's Continuing Jurisdiction and Venue to Enforce Settlement Agreement</u>

The parties agree that the Order of Dismissal shall expressly allow the Court to retain jurisdiction over this matter and that this Settlement Agreement shall be incorporated by reference into any order of dismissal entered by the Court.

This Settlement Agreement shall be effective only if the United States District Court, Northern District of California enters an order of dismissal providing that the Court retains jurisdiction to enforce the terms and conditions of this Settlement Agreement, including the right of Economides to apply to the Court to enter the Judgment as provided for in paragraph 5 above.

### III. GENERAL PROVISIONS

7. <u>Attorney's Fees and Costs</u>

Each party hereto shall bear its own attorney's fees and costs with regard to all matters referred to in this Settlement Agreement. However, if any action or proceeding is commenced by any party to this Settlement Agreement in order to enforce the provisions

of this Settlement Agreement or to recover any amounts due under this Settlement Agreement, or to recover on any judgment entered pursuant to this Settlement Agreement, the prevailing party shall be entitled to an award, in addition to any other claims or damages, of its costs and expenses, including reasonable attorney's fees incurred, in connection with said action or proceeding.

8.  **Entire Agreement**

This Settlement Agreement, including exhibits, contains the entire agreement between the parties hereto with respect to the subject hereof and may not be amended, altered, modified, or otherwise changed except by a writing executed by all parties hereto which expressly states that it is an amendment to this Settlement Agreement. All prior oral or written agreements, if any, are expressly superseded hereby and are of no further force or effect. The foregoing notwithstanding, any discrepancy between this Settlement Agreement and Exhibit 1, the letter dated February 4, 2009 shall be resolved in favor of this Settlement Agreement.

9.  **Representation of Comprehension of Settlement Agreement**

In entering into this Settlement Agreement, the parties represent that they have relied on the legal advice of their attorney, who is an attorney of their own choice, and that the terms of this Settlement Agreement have been completely read and explained to them by their attorney, and that those terms are fully understood and voluntarily accepted.

10. **Choice of Law**

This Settlement agreement shall be construed and interpreted in accordance with the laws of the State of California.

11. **Execution**

This Settlement Agreement may be executed in counterparts, each of which shall be deemed an original. This Settlement Agreement may be executed by facsimile signature, each of which shall be deemed an original. However, original signatures will be exchanged by the parties.

12. **Cooperation**

The parties to this Settlement Agreement will cooperate in all manners necessary to effectuate the terms of this Settlement Agreement including, but not limited to, executing all necessary documents.

4

13. Interpretation

No provision of this Settlement Agreement is to be interpreted for or against any party because that party, or that party's representative, drafted such provision.

14. Binding Effect

This Settlement Agreement shall be binding upon and inure to the benefit of any beneficiaries, executors, administrators, heirs, successors, and assigns of each party.

Dated: February 20, 2009       By: _____
                                   Spyros Economides

Dated: February 19, 2009       By: _____
                                   Peter Tsakanikas

APPROVED AS TO FORM:

Dated: February 19, 2009       LAW OFFICES OF NICK T. RECKAS

                               By: _____
                                   Nick T. Reckas
                                   Attorney for Spyros Economides

Dated: February 19, 2009       BELLOVIN & KARNAS P.C.

                               By: _____
                                   Lenore Tsakanikas
                                   Attorney for Peter Tsakanik

5

# EXHIBIT 1
[To be Inserted]

FEB-04-2009 WED 02:53 PM LAW OFFICES          FAX NO. 14154649801          P. 01/03

336 Bon Air Center, Suite 296
Greenbrae, CA 94904
Voice: (415) 464-0913
FAX: (415) 464-9801



# Law Offices of Nick T. Reckas

# Fax

| To: | Lenore Tsakanikas | From: | Nick T. Reckas |
|---|---|---|---|
| Fax: | (520) 571-8556 | Pages: | 3 (including cover) |
| Phone: | | Date: | 2/4/09 |
| Re: | Economides v. Peter Tsakanikas | CC: | |

**Urgent**   **For Review**   **Please Comment**   **Please Reply**   **For Your Records**

LAW OFFICES OF
# NICK T. RECKAS

<u>VIA FACSIMILE</u>
(520) 571-8556

February 4, 2009

Lenore Tsakanikas, Esq.
Bellovin Karnas, P.C.
Attorneys at Law
131 East Broadway Blvd.
Tucson, Arizona 85701

    Re:   <u>*Economides v. Tsakanikas*</u>

Dear Ms. Tsakanikas:

    This letter will confirm the terms of the settlement the parties have reached in the above-referenced matter subject to the court's approval.

1. Within sixty-days from the date of approval of the settlement by the court, Mr. Tsakanikas will convey title and possession of that townhouse located at 4741 East Calle Elegante, Tuscon, AZ 85718 to Mr. Economides. The conveyance is subject to Mr. Economides inspection and Mr. Economides shall be obligated to accept the conveyance of the townhome, if and only if, as you have represented, the total encumbrances on the townhome through March 1, 2009 do not exceed $65,340.39. Furthermore, you and Mr. Tsakanikas warrant and represent that from today until you convey title and deliver possession of the townhome to Mr. Economides, you will not create or suffer any further encumbrances to be placed or recorded against the property. If Mr. Economides does not approve or accept conveyance of the townhome, the settlement agreement will be null and void;

2. Within ninety-days from the date of court approval of the settlement, Mr. Tsakanikas will pay Mr. Economides $35,000.00 in the form of a cashier's check;

3. On or before October 31, 2009, Mr. Tsakanikas shall pay Mr. Economides the sum of $30,000.00 in the form of a cashier's check;

4. On or before March 31, 2010, Mr. Tsakanikas shall pay Mr. Economides the sum of $30,000.00 in the form of a cashier's check;

336 BON AIR CENTER
SUITE 296
GREENBRAE, CA 94904

TELEPHONE: (415) 464-0913
FACSIMILE: (415) 464-9801
email: NRECKASLAW@aol.com

5. On or before October 31, 2010, Mr. Tsakanikas shall pay Mr. Economides the sum of $30,000.00 in the form of a cashier's check;

6. Mr. Tsakanikas will retain title and possession of the condominium located at 6655 N. Canyon Crest, #3215, Tuscon, AZ 85750 ("condominium"). Mr. Tsakanikas agrees to have Mr. Economides released from all obligations under the Wells Fargo Bank Note, which is secured by the condominium through refinancing or other means within one year of approval of this settlement by the court;

7. In order to secure the payment of all the amounts specified above and the release of Mr. Economides from all liability arising from the Wells Fargo Bank Note, immediately after approval of the settlement by the court, the parties agree to enter into a stipulated fraud judgment in the amount of $200,000.00 which will not be entered or executed upon by Mr. Economides except in the event Mr. Tsakanikas fails to make any of the payments specified above or to release Mr. Economides from all liability arising from the Wells Fargo Bank Note. In the event there is such a default, then Mr. Economides shall have the right to enter the judgment and proceed with execution for the full amount of the judgment regardless of the number of payments or amount previously paid by Mr. Tsakanikas pursuant to the terms of this settlement;

8. On the other hand, if Mr. Tsakanikas faithfully performs all the obligations required on his part to be performed under the terms of this settlement, Mr. Economides shall return the judgment to Mr. Tsakanikas and if requested, will execute a full satisfaction of judgment;

9. The parties to this settlement will cooperate in all manner necessary to effectuate the terms of this settlement including but not limited to, executing all necessary documents, and obtaining courts approval.

If you agree that this letter accurately reflects the terms of the settlement entered by our clients please sign where indicated below to manifest your client's acceptance of the terms of the settlement and fax the signed letter back to me. Upon receipt of the same, I will take the necessary steps to bring the matter before the court to obtain its approval to the settlement.

Sincerely,

Nick T. Rockas

Agreed to all of the foregoing.

Lenore Tsakanikas, Esq.
Attorney for Peter Tsakanikas
As to the negotiation and approval of this settlement only.

# EXHIBIT 2

[To Be Inserted]

1  NICK T. RECKAS (SBN 67235)
   Law Offices of Nick T. Reckas
2  336 Bon Air Center, #296
   Greenbrae, CA 94904
3  Telephone: (415) 464-0913
4  Facsimile: (415) 464-9801
   nreckaslaw@aol.com
5  Attorney for Plaintiff
   SPYROS ECONOMIDES
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10
11 SPYROS ECONOMIDES,           ) Case No.: C 07-06335 JSW
                                )
12       Plaintiff,             )    **STIPULATED JUDGMENT**
                                )
13       v.                     )
                                )
14 PETER TSAKANIKAS, et al.,    )
                                )
15       Defendants.            )
                                )
16                              )
17

### STIPULATION RE ENTRY OF JUDGMENT

18

19  The parties SPYROS ECONOMIDES and PETER TSAKANIKAS hereby stipulate to the
20  entry of a judgment in the amount of (Two Hundred Thousand Dollars) $200,000.00 against
21  Tsakanikas and in favor Economides based upon the following representations:

22  (a) The parties entered into a settlement agreement dated February 19, 2009 (the
23  "Settlement Agreement") providing for, *inter alia*, the entry of this judgment by the Court upon the
24  ex parte application of Economides in the event that Tsakanikas breaches the Settlement
25  Agreement either by failing to (a) pay Economides $125,000 as provided for in the payment
26  schedule in Paragraph 3 of the Settlement Agreement or (b) remove Economides as an obligor on
27  the Wells Fargo Bank Note secured by a mortgage on the condominium located Tucson, Arizona
28  as further described in Paragraph 4 of the Settlement Agreement.

1

(b) Economides will have filed with the Court a declaration or affidavit stating that one or more of the above breaches of the Settlement Agreement has occurred.

Dated: February 20, 2009

By: _____
Spyros Economides
Plaintiff

Dated: February 19, 2009

By: _____
Peter Tsakanikas
Defendant

Approved as to form:

LAW OFFICES OF NICK T. RECKAS

Dated: February 19, 2009

By: _____
Nick T. Reckas,
Attorney for Plaintiff
Spyros Economides

Dated: February 19, 2009

BELLOVIN & KARNAS P.C.

By: _____
Lenore Tsakanikas
Attorney for Defendant
Peter Tsakanikas

2

Economides v. Tsakanikas (Case No. C07-06335 JSW) Stipulation and Judgment

## ORDER FOR ENTRY OF JUDGMENT

The application of Spyros Economides having been filed with this Court pursuant to the above stipulation, and good cause appearing,

NOW THEREFORE,

Judgment is hereby entered in favor of Spyros Economides and against Peter Tsakanikas in the amount of Two Hundred Thousand Dollars ($200,000.00).

Dated: February 23, 2009    By: *Jeffrey S. White*

JEFFREY S. WHITE
JUDGE, UNITED STATES DISTRICT COURT

3