NICK T. RECKAS SBN 67235
336 Bon Air Center, #296
Greenbrae, CA 94904
Telephone: (415) 464-0913
Facsimile: (415) 464-9801

Attorneys for Plaintiff
SPYROS ECONOMIDES

~~SUPERIOR COURT OF THE STATE OF CALIFORNIA~~

~~COUNTY OF ALAMEDA~~

~~UNLIMITED JURISDICTION~~

| | |
|---|---|
| SPYROS ECONOMIDES, | ) Case No.: RG07340996 |
| | ) **UNOPPOSED** |
| Plaintiff, | ) ~~PROPOSED~~ **ORDER FOR ENTRY OF** |
| | ) **JUDGMENT** |
| vs. | ) |
| | ) |
| PETER TSAKANIKAS, and DOES I through | ) |
| XXV, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The application of Spyros Economides having been filed with this Court pursuant to the stipulation of the parties dated February 19, 2009, and good cause appearing,

NOW THEREFORE,

Judgment is hereby entered in favor of Spyros Economides and against Peter Tsakanikas in the amount of Two Hundred Thousand Dollars ($200,000.00).

Dated: July 9, 2009          By: _____

JEFFREY S. WHITE
JUDGE, UNITED STATES DISTRICT COURT

~~PROPOSED~~ ORDER FOR ENTRY OF JUDGMENT